

**IN THE CIRCUIT COURT OF CONWAY COUNTY, ARKANSAS**
**CIVIL DIVISION**

FILED

2021 APR 12 PM 2:07

DARLENE MASSINGILL
CONWAY COUNTY
CIRCUIT CLERK

**AFFORDABLE LAND DEVELOPING, INC.** **PLAINTIFFS**
**Individually, and on Behalf of All Others Similarly Situated**

**vs.**    **CASE NO.: 15CV-21-____** _____ D.C.

**XTO ENERGY, INC.**    **DEFENDANT**

## CLASS ACTION COMPLAINT

COMES NOW Plaintiff, Affordable Land Developing, Inc., Individually (hereinafter as "Plaintiff" or "Affordable"), and as Class Representative on Behalf of All Similarly Situated Persons (hereinafter collectively as "Plaintiffs"), by and through attorney, Kent Walker, of the Walker Law Firm, PLLC, and hereby brings this Class Action Complaint against Defendant, XTO Energy, Inc. (hereinafter as "XTO"), stating and alleging as follows:

**I.    Parties and Jurisdiction.**

1.    Plaintiff, Affordable Land Developing, Inc., is a For Profit Corporation organized under the laws of the State of Arkansas, and is licensed to do business in Arkansas, with its Principal Place of Business Conway, Faulkner County, Arkansas. Plaintiff owns oil, gas, and mineral interests in the State of Arkansas.

2.    Plaintiffs are individuals and citizens of the State of Arkansas owning oil, gas, and mineral interests in the State of Arkansas.

3.    Defendant, XTO Energy, Inc., is a Foreign For Profit Corporation licensed to do business in the State of Arkansas and may be served with process through its Registered Agent in Arkansas. This Court has jurisdiction over XTO as a Corporation which regularly conducts business in the State of Arkansas. *See Ark. Code Ann. § 16-4-*

1


101; *Int'l Shoe Co. v. State of WA, Office of Unemployment Comp. and Placement*, 326 U.S. 310, 66 S.Ct. 154 (1945). Personal jurisdiction comports with Arkansas's long-arm statute and due process under the Constitution of the United States.

    4.    Plaintiffs' oil, gas, and mineral interests in real property and wells at issue are located in the State of Arkansas (hereinafter as the "Properties").

    5.    Plaintiffs' oil, gas, and mineral interests in the Properties are the subject of oil and gas Lease Agreements with XTO related to production of oil and gas the Properties.

    6.    This Court has jurisdiction over the parties and subject matter of this action under Ark. Code Ann. § 16-13-201, Ark. Code Ann. §16-60-102, and Ark. Code Ann. §15-74-603.

    7.    Venue is proper in this Court under Ark. Code Ann. § 16-60-101.

**II.    Class Action Allegations.**

    8.    Plaintiffs bring this Class Action pursuant to Arkansas Rule of Civil Procedure 23. Plaintiffs seek Class Certification of a statewide Class described as follows:

> Individuals or entities residing in the State of Arkansas who are a party to a Lease Agreement with XTO Energy, Inc., rather directly or by acquisition, for the production of oil, gas, and other substances on real property located in the State of Arkansas, and have received, or are entitled to receive, royalty payments from XTO Energy, Inc., for over one-eighth (1/8) proceeds of production oil and gas on the real property, without any deductions whatsoever (gross versus net).

(hereinafter as "Class Members").

    9.    Plaintiff is a member of the Class.

    10.    The precise number of Class Members is currently unknown but, upon

information and belief, there are hundreds, if not thousands, of Class Members so as to satisfy the numerosity requirement of Arkansas Rule of Civil Procedure 23(a)(1), as the Class is "so numerous that joinder of all members is impracticable." *Stephens Prod. Co. v. Mainer*, 2019 Ark. 118, 571 S.W.3d 905 (2019). Defendant, XTO Energy, Inc., is the owner of extensive oil and gas Lease Agreements with Class Members in the State of Arkansas.

11.    Plaintiff and Class Members share common questions of law and fact to satisfy the commonality requirement of Arkansas Rule of Civil Procedure 23(a)(2). These common questions include, but are not limited to:

a. Whether XTO is prohibited by Plaintiff and Class Members' Lease Agreements from deducting from royalty payments owed to Plaintiff and Class Members costs associated with production of oil, gas, and other substances on the Properties, including, but not limited to, deductions for gathering, transporting, treating, compressing, processing, marketing, or otherwise making the oil, gas, and other substances merchantable, or otherwise enhancing the marketability of the oil, gas, and other substances?

b. If XTO is prohibited from withholding the deductions from royalty payments owed to Plaintiff and Class Members listed in Paragraph "a," has XTO made such deductions?

c. Did XTO's withholding of deductions from royalty payments owed to Plaintiff and Class Members violate the Lease Agreements?

d. Whether Plaintiff and Class Members should be awarded Judgment for the amount of deductions made by XTO from royalty payments owed to Plaintiff and Class Members?

e. Whether Plaintiff and Class Members should be awarded statutory penalties and attorney's fees for XTO's withholding of deductions from royalty payments owed to Plaintiff and Class Members?

12.    Plaintiff's claims are typical of the claims of the Class Members to satisfy the typicality requirement of Arkansas Rule of Civil Procedure 23(a)(3), as all Class

3

Members are parties to Lease Agreements or similar Contracts with Defendant, XTO Energy, Inc.

13.    Plaintiff and its counsel will fairly and adequately protect the interests of the Class Members to satisfy the adequacy requirement of Arkansas Rule of Civil Procedure 23(a)(4). Plaintiff can and will display "interest in the action, familiarity with the practices challenged, and ability to assist in decision making as to the conduct of the litigation." *Seeco Inc. v. Snow*, 2016 Ark. 444 (2016). Plaintiff's interests and counsel's interests do not conflict with interests of the Class Members.

14.    A Class Action is superior to all other available methods, and is desirable by Plaintiff and Class Members, as the questions of law and fact are typical and common to both Plaintiff and Class Members and predominate over any questions affecting only individual members of the Class. A Class Action is superior to other available methods for the fair and efficient adjudication of this controversy. To Plaintiff and Class Members' knowledge, there is no pending Class Action litigation against XTO that incorporates the statewide claims common and typical to the herein Class Members.

15.    Defendant, XTO Energy, Inc., has the administrative ability to identify all Class Members.

**III.    Statement of Facts.**

16.    Plaintiff believes that the foregoing allegations will be applicable to claims by all Class Members.

17.    On or about May 19, 2010, Plaintiff executed an Oil and Gas Lease (hereinafter as the "Lease Agreement") with Petrohawk Properties, LP (hereinafter as

4

"Petrohawk"). A true and accurate copy of the Lease Agreement is attached hereto as Exhibit "A."

18.   The Lease Agreement granted to Petrohawk a lease of lands located in Conway County, Arkansas containing 78 acres, more or less, for the purposes of oil and gas production. *See* Exhibit "A."

19.   In consideration, Petrohawk agreed to deliver to Plaintiff royalties on the proceeds derived from oil and gas production on Plaintiff's real property in Conway County, Arkansas, free from any deductions whatsoever (gross proceeds). *See* Exhibit "A."

20.   Page One (1) of the Lease Agreement states "See Exhibit 'A' for Lease Addendums.'" *See* Exhibit "A."

21.   Exhibit "A" to the Lease Agreement states that the Exhibit is made part of the terms of the Lease Agreement. *See* Exhibit "A."

22.   Per Exhibit "A" to the Lease Agreement, notwithstanding any language in the Lease Agreement to the contrary, "all gas, oil or other proceeds accruing to [Plaintiff] under [the] lease shall be without deduction, of any kind whatsoever, directly or indirectly, including, but not limited to the cost of gathering, transporting, treating, compressing, processing, marketing, or otherwise making gas, oil or other products produced hereunder merchantable or otherwise enhancing the marketability of said gas, oil or other substances." *See* Exhibit "A."

23.   XTO acquired Petrohawk on or about October 1, 2010, and is the successor in interest to all Lease Agreements or other Contracts held by Petrohawk prior to the acquisition, including Plaintiff's Lease Agreement.

5

24.    On or about August 24, 2018, XTO issued a Check (Check #67043496) and itemized Oil and Gas Payment Statement to Plaintiff as payment of royalties from oil and gas production on Plaintiff's real property in Conway County, Arkansas for the month of June 2018. A true and accurate copy of the August 24, 2018 Statement and Check is attached hereto as Exhibit "B."

25.    The August 24, 2018 payment showed deductions for transportation in the total amount of fifty-six dollars and seventeen cents ($56.17). *See* Exhibit "B."

26.    On or about May 22, 2020, XTO issued a Check (Check #1000746912) and itemized Oil and Gas Payment Statement to Plaintiff as payment of royalties from oil and gas production on Plaintiff real property for the period of November 2018 to March 2020. A true and accurate copy of the May 22, 2020 Oil and Gas Payment Statement and Check is attached hereto as Exhibit "C."

27.    The Oil and Gas Payment Statement showed the following calculations for payment to Plaintiff:

| | |
|---|---|
| $2,231.65 | Gross Value |
| -$13.21 | Taxes |
| -$2,007.60 | Deductions |
| $210.84 | Net Pay |

*See* Exhibit "C."

28.    The Oil and Gas Payment Statement lists deductions totaling $2,007.60 for COM (compressing), GAT (gathering), TRT (treating), and DEH (dehydration) (or roughly ninety percent (90%) of the total amount gross value). *See* Exhibit "C."

29.    On or about October 5, 2020, Plaintiff sent a Letter to XTO requesting a full accounting and a Check to be conveyed for the corrected amount of royalties within thirty (30) days of the date of the Letter. A true and accurate copy of the Letter to XTO is

6

attached hereto as Exhibit "D."

30.     XTO signed for the Letter on October 8, 2020, as evidenced by the return receipt. *See* Exhibit "D."

31.     XTO wholly failed to respond to Plaintiff's Letter dated October 5, 2020, despite receipt of same.

32.     No accounting and/or payment of correct amounts have been conveyed to Plaintiff by XTO in over sixty (60) days after said request.

33.     On November 15, 2013, XTO was named a Defendant in the case styled *Whisenhunt Investments, LLC, et al. v. Exxon Mobil Corp., et al.*, U.S. District Court for the Eastern District of Arkansas, Case No. 4:13cv00656 (hereinafter as the "Federal Court Case").

34.     On July 28, 2016, an Order was entered in the Federal Court Case in which the Court held "Act 272 [specifically, Ark. Code Ann. § 15-72-305] does not take away the right to contract between parties to an oil and gas lease."

## IV.     Causes of Action.

### A.     Breach of Lease Agreement and Breach of the Prudent Operator Standard.

35.     The preceding paragraphs are hereby re-alleged and incorporated herein.

36.     Upon information and belief, Plaintiff and Class Members entered into identical or substantially similar Lease Agreements to that of Plaintiff's with XTO.

37.     Page Four (4) of the Lease Agreement states that all provisions of the Lease Agreement are applicable and binding on the parties and their respective successors and assigns. *See* Exhibit "A."

38.     Per Exhibit "A" to the Lease Agreement, no deductions whatsoever were

7

to be made on payments of royalties to Plaintiff. *See* Exhibit "A."

39.    Pursuant to the terms of the Lease Agreement, XTO is to indemnify Plaintiff for all costs and expenses, including reasonable attorney's fees in connection with a violation of the Lease Agreement by XTO. *See* Exhibit "A."

40.    XTO is bound, as successor in interest to Petrohawk, to all terms of the Lease Agreement. *See* Exhibit "A."

41.    Deductions were made on the royalties paid to Plaintiff on or about August 24, 2018 and May 22, 2020, in the total amount of two thousand sixty-three dollars and seventy-seven cents ($2,063.77). *See* Exhibits "B" and "C."

42.    XTO's withholding of deductions is a violation of the terms of the Lease Agreement. *See* Exhibit "A."

43.    As a result of the withholding of deductions, XTO stands in violation of its duty owed to Plaintiff under the Prudent Operator Standard, Ark. Code Ann. § 15-73-207.

44.    The Prudent Operator Standard provides that "[t]he mineral lessee shall: (1) [p]erform the covenants of the lease in good faith; and (2) [d]evelop and operate the leased mineral estate as a prudent operator for the mutual benefit of the mineral lessor and mineral lessee." *See Ark. Code Ann. § 15-73-207(b)(1)-(2)*.

45.    XTO breached its duty under the Prudent Operator Standard by failing to perform the covenants of the lease in good faith, specifically, withholding deductions from Plaintiff in violation of the express terms of the Lease Agreements. By taking such unlawful deductions, XTO failed to prudently operate on the Properties for the benefit of both it and Plaintiff, as well as Class Members.

46.    Plaintiff and Class Members pray that XTO be found in Breach of Contract of the terms of the Lease Agreements and requests specific performance of same.

47.    Plaintiff and Class Members pray that XTO be compelled to provide payment of the deductions taken from royalty payments to Plaintiffs and Class Members, and all other unlawful deductions taken by XTO, during the duration of the Lease Agreements, pursuant to the express terms of the Lease Agreements.

48.    Plaintiff and Class Members pray for all costs and fees, including reasonable attorney's fees, associated with XTO's breach of the Lease Agreements.

49.    Plaintiff and Class Members have incurred fees in filing this suit, attorney's fees and costs, and additional out of pocket costs and expenses. Plaintiff and Class Members will incur additional costs and fees in connection with this case and collection of any Judgment.

**B.    Violations of Ark. Code. Ann. §§ 15-74-601--604.**

50.    The preceding paragraphs are hereby re-alleged and incorporated herein.

51.    Time Limits Governing Oil and Gas Payments are provided in Ark. Code Ann § 15-74-601, which states, in relevant parts:

> **(a)** The proceeds derived from the sale of oil and gas production from any oil or gas well shall be paid to persons legally entitled thereto, commencing no later than six (6) months after the date of first sale and thereafter no later than sixty (60) days after the end of the calendar month within which subsequent production is sold or as provided for under subdivision (b)(2) of this section.

> **(b)(1)** The payment of proceeds under subsection (a) of this section is to be made to person entitled thereto by the first purchasers of production.

> **(c)** As used in this subchapter, "first purchaser" means the first commercial purchaser after completion of the well and shall not include purchasers of oil or gas during initial testing prior to completion.

9

(e) When payment has not been made within the time limits specified in this subchapter, the first purchaser shall pay interest to those legally entitled to the withheld proceeds commencing on the payment due date at the rate of twelve percent (12%) per annum on the nonpaid amounts unless a different rate of interest is specified in a written agreement between the payor and the payee.

(f) The first purchaser shall be exempt from the provisions of this subchapter, and the owner of the right to drill and to produce under an oil and gas lease or force pooling order shall be substituted for the first purchaser therein when the owner and purchaser have entered into arrangements in which the proceeds are paid by the purchaser to the owner, who assumes the responsibility of paying the proceeds to persons legally entitled thereto.

*See Ark. Code Ann § 15-74-601(a), (b)(1), (c), (e), and (f).*

52.    XTO's acquisition of Petrohawk was a substitution of the first purchaser under Ark. Code. Ann. § 15-74-601(f).

53.    XTO is bound by Ark. Code. Ann § 15-74-601 as substituted purchaser of the Lease Agreements to pay proper royalties to Plaintiff as described therein.

54.    As a result of XTO's willful withholding of unlawful deductions from royalty payments owed pursuant to the Lease Agreements, Plaintiff and Class Members are entitled to payment of the full amount of unpaid proceeds, plus interest at twelve percent (12%) per annum from the due date of payment, pursuant to Ark. Code Ann. § 15-74-601.

55.    Furthermore, Fraudulently Withholding Payments is governed by Ark. Code Ann. § 15-74-602, which states:

(a) If the first purchaser, or owner of the right to drill and produce substituted for the first commercial purchaser as provided in this subchapter, violates this subchapter by willfully withholding payments without just cause or through bad faith from person legally entitled to the proceeds from production, the court may award, in addition to the unpaid amount of proceeds and interest as provided in § 15-74-601, a penalty in an amount not to exceed simple interest at a rate of fourteen percent

(14%) per annum on the amount of the unpaid proceeds from the due date
as provided in § 15-74-601 and a reasonable attorney's fee.

*See Ark. Code Ann. § 15-74-602(a).*

56.     XTO has acted in bad faith and willfully withheld unlawful deductions from

royalty payments owed to Plaintiff and Class Members without just cause in violation of

the Lease Agreements. XTO's bad faith and willful conduct without just cause is further

evidenced by XTO's failure and refusal to respond to Plaintiff's Letter dated October 5,

2020. *See* Exhibit "D."

57.     As a result of XTO's bad faith and willful withholding of unlawful

deductions without just cause from royalty payments owed in violation of the Lease

Agreements, Plaintiff and Class Members are entitled to payment of the full amount of

unpaid proceeds, plus simple interest at fourteen percent (14%) per annum from the

due date of payment as provided in Ark. Code Ann. § 15-74-602, in addition to the

unpaid amount of proceeds and interest provided in Ark. Code Ann. § 15-74-601, as

well as reasonable attorney's fees, pursuant to Ark. Code Ann. § 15-74-602.

58.     An Action for Nonpayment of Proceeds is outlined in Ark. Code Ann. § 15-

74-603, which states, in relevant parts:

**(a)** Any court of competent jurisdiction of the county in which the oil or gas
well is located shall have jurisdiction over all proceedings brought
pursuant to this subchapter.

**(b)** If persons legally entitled to the proceeds seek relief for the failure of
the purchaser to make timely payment of proceeds from the sale of oil or
gas or interest thereon as required in § § 15-74-601 and 15-74-602, the
first purchaser or the owner of the right to produce under an oil or gas
lease or force pooling order shall be furnished with written notice of the
failure as a prerequisite to commencing a judicial action for the
nonpayment.

**(c)** The first purchaser shall have thirty (30) days after receipt of the

11

required notice within which to pay proceeds or to respond in writing with a reasonable basis for nonpayment.

**(e)** In the event of willful nonpayment, or in the event the court finds there was a complete absence of a justiciable issue of either law or fact raised by the losing party or his or her attorney, the court shall award an attorney's fee in an amount not to exceed five thousand dollars ($5,000) or ten percent (10%) of the amount in controversy, whichever is less, to the prevailing party unless a voluntary dismissal is filed, or the pleadings are amended as to any nonjusticiable issue within a reasonable amount of time after the attorney or party filing the dismissal or the amended pleadings knew, or reasonably should have known, the he or she would not prevail.

*See Ark. Code Ann. § 15-74-603(a), (b), (c), and (e).*

59.     On or about October 5, 2020, Plaintiff sent a Letter to XTO requesting a full accounting and a Check to be conveyed for the corrected amount of royalties within thirty (30) days of the date of the Letter. *See* Exhibit "D."

60.     XTO signed for the Letter on October 8, 2020, as evidenced by the return receipt. *See* Exhibit "D."

61.     XTO wholly failed to respond to Plaintiff's Letter dated October 5, 2020, despite receipt of same.

62.     No accounting and payment of correct amounts, nor written explanation, has been conveyed to Plaintiff by XTO in over thirty (30) days after request.

63.     Thus, Plaintiff has satisfied the requirements of Ark. Code Ann. § 15-74-603 prior to commencing the herein judicial action against XTO.

64.     As a result of XTO's willful withholding of unlawful deductions from royalty payments owed pursuant to the Lease Agreements, Plaintiff and Class Members are entitled to payment of the full amount of unpaid proceeds, plus interest as provided in Ark. Code Ann. § 15-74-601 and Ark. Code Ann. § 15-74-602, as well as attorney's fees

12

as provided in Ark. Code Ann. § 15-74-602 and Ark. Code Ann. § 15-74-603.

65.    In addition to the foregoing statutes, Failure to Pay Royalties is set forth in

Ark. Code Ann. § 15-74-604, which states:

(a) An obligation arises under an oil and gas lease to pay or to deliver oil or gas royalties to the mineral owner or his or her assignee or to deliver oil or gas to a purchaser to the credit of the mineral owner or his or her assignee, and willful breach by the owner of the right to drill and produce of the obligation may authorize, among other relief, cancellation of the lease where determined, by the court, that the equities of the case warrant cancellation.

(b) In the event the operator under an oil or gas lease fails to pay oil or gas royalties to the mineral owner or his or her assignee within one hundred eighty (180) days after oil or gas produced under the lease is marketed, the unpaid royalties shall bear interest thereafter at the rate of twelve percent (12%) per annum until paid. Provided, that the operator may remit annually to a person entitled to royalties the aggregate of up to twelve (12) months of monthly royalties where the aggregate amount owed is one hundred dollars ($100) or less. This subchapter shall not apply when mineral owners or their assignees elect to take their proportionate share of production in kind or in the event of unmarketability of title which would affect substantially the making of the royalty payments.

(c) A prior first lien is created to the extent of any unpaid royalty, together with any interest or penalty thereon, granted or reserved in any valid instrument to secure the owner of the royalty interest, his or her heirs, devisees, successors, or assigns.

(d) When payment has not been made upon any natural gas production within the time limits specified in § 15-74-601, the first purchaser shall, upon suit being filed, suspend all royalty payments the subject of the litigation due under the lease interest to the owner of the right to drill and produce, provided that the first purchaser is made a party to the suit, and thereafter shall pay the amounts due all such royalty interests, as the amounts become due, into the registry of the court in which the suit is pending and the first purchaser shall be relieved of all further burdens or obligations therefor.

*See Ark. Code Ann. § 15-74-604.*

66.    As a result of XTO's willful withholding of unlawful deductions from royalty

payments owed pursuant to the Lease Agreements, Plaintiff and Class Members are

13

entitled to payment of the full amount of unpaid proceeds, plus interest at the rate of twelve percent (12%) per annum until paid, in addition to the unpaid amount of proceeds and interest provided in Ark. Code Ann. § 15-74-601 and Ark. Code Ann. § 15-74-602, as well as attorney's fees as provided in Ark. Code Ann. § 15-74-602 and Ark. Code Ann. § 15-74-603.

67.     Plaintiff and Class Members hereby claim the benefits of the statutory first lien contained in Ark. Code Ann. § 15-74-604(c) on the proceeds of the sale of oil and gas produced from Plaintiff and Class Members' Properties, and hereby demand the first purchaser of the gas produced from such properties to suspend all payments made by such first purchaser to XTO for its share of the proceeds of the sale of such oil and gas.

**C.     Violation of Ark. Code Ann. § 15-74-708.**

68.     The preceding paragraphs are hereby re-alleged and incorporated herein.

69.     Ark. Code Ann. § 15-74-708 states as follows:

**(a)** Any leaseholder or operator who contracts for the sale of gas or oil to any pipeline company or other purchaser, under and by virtue of the terms of which the lessee receives a greater amount than the royalty owners in proportion to interest therein, or receives a bonus, or by any other means conspires with a purchaser to receive from the sale of the oil and gas more than his or her just proportionate share therefrom shall forfeit his or her right in and to the leasehold premises.

*See Ark. Code Ann. § 15-74-708(a).*

70.     As a result of XTO willfully withholding deductions from royalty payments pursuant to the Lease Agreement, XTO has received more than its just proportionate share from the sale of oil and gas produced on the Properties and stands in violation of Ark. Code Ann. § 15-74-708(a). Therefore, XTO has forfeited its rights in the Properties

14

under the Lease Agreements.

71.    Ark. Code Ann. § 15-74-708 further states:

**(b)** Any pipeline company or other purchaser of oil and gas who contracts with any lessee as set out in subsection (a) of this section to the injury of the royalty owners shall forfeit to the royalty owners treble value of the amount of oil and gas runs thus wrongfully taken from the royalty interest.

*See Ark. Code Ann. § 15-74-708(b).*

72.    In selling oil and gas produced on the Properties to purchasers and receiving proceeds more than its proportionate share by withholding unlawful deductions pursuant to the Lease Agreement, said purchasers are liable to Plaintiff for treble amounts of the value said purchasers received from XTO's sales of oil and gas.

73.    Therefore, due to the violation of Ark. Code Ann. § 15-74-708, Plaintiff and Class Members pray that XTO be found to have forfeited its rights in the Plaintiff and Class Members' Properties under the Lease Agreements, and that the purchasers of oil and gas derived from Plaintiff and Class Members' Properties produced and sold by XTO be found liable for treble amounts of the value of oil and gas sold.

**D.    Violation of the Arkansas Deceptive Trade Practices Act.**

74.    The preceding paragraphs are hereby re-alleged and incorporated herein.

75.    As a result of XTO unlawfully withholding deductions from royalty payments, Plaintiff and Class Members have sustained injury and incurred damages.

76.    Under the Arkansas Deceptive Trade Practices Act (hereinafter as the "ADTPA"), engaging in any "unconscionable, false, or deceptive act or practice in business, commerce, or trade" is a violation of the ADTPA. *See Ark. Code Ann. § 4-88-107(a)(10)*. This includes "conduct violative of public policy or statute." *Baptist Health v. Murphy*, 365 Ark. 115, 226 S.W.3d 800 (2006).

15

77.    An unconscionable act is one that "affront[s] the sense of justice, decency, or reasonableness." *Baptist Health*, 365 Ark. 115, 226 S.W.3d 800, n. 6.

78.    XTO has engaged in a deceptive and unconscionable trade practice of unlawfully withholding deductions from royalty payments owed to Plaintiff and Class Members pursuant to the express terms of the Lease Agreements. This practice contradicts public policy and is unconscionable, as Plaintiff and Class Members do not have a hand in the transaction between XTO and purchasers of oil and gas produced on the Properties. After XTO extracts the oil and gas from the Properties and ultimately sells it to purchasers, it is then solely responsible for calculating and providing Plaintiff and Class Members the proper royalty payments pursuant to the Lease Agreements. Plaintiff and Class Members are not privy to the transaction between XTO and its purchasers and, therefore, are reliant on XTO to uphold its contractual end of the bargain under the Lease Agreements. XTO fails to uphold this contractual duty, leaving Plaintiff and Class Members to determine whether the proper royalty payment has, in fact, been provided. XTO has the upper hand in that, should Plaintiff and Class Members fail to determine whether proper royalty payments have been made, without full knowledge of the underlying transactions or thorough knowledge of the oil and gas industry, XTO may wrongfully keep excess proceeds from the sale of oil and gas from Plaintiff and Class Members Properties without dispute. By failing to adhere to the express terms of the Lease Agreements in providing Plaintiff and Class Members proper royalty payments, XTO's conduct "affronts the sense of justice, decency, and reasonableness" in its business practices. *Baptist Health*, 365 Ark. 115, 226 S.W.3d 800, n. 6.

16

79.     XTO's practice of unlawfully withholding deductions from royalty payments owed to Plaintiff and Class Members under the Lease Agreements is the proximate cause of Plaintiff and Class Members' damages.

80.     Under the ADTPA, "[a] person who suffers an actual financial loss as a result of his or her reliance on the use of a practice declared unlawful by this chapter may bring an action to recover his or her actual financial loss proximately cause by the offense or violation…" *Ark. Code Ann. § 4-88-113(f)(1)(A)*.

81.     Additionally, the ADTPA allows the Court to award a reasonable attorney's fee. *See Ark. Code Ann. § 4-88-113(f)(3)*.

82.     As a result of XTO's violation of the ADTPA, Plaintiff and Class Members pray for the unpaid proceeds owed pursuant to Ark. Code Ann. § 4-88-113(f)(1)(A), and their reasonable attorney's fees and costs pursuant to Ark. Code Ann. § 4-88-113(f)(3).

**E.     Negligence.**

83.     The preceding paragraphs are hereby re-alleged and incorporated herein.

84.     Pursuant to the Lease Agreements, XTO had a contractual duty to provide to Plaintiff and Class Members royalty payments with respect to all oil and gas produced on the Properties, without deductions.

85.     XTO breached its contractual duty in bad faith by taking unlawful deductions from the agreed royalty payments to Plaintiff and Class Members, resulting in injury and damages. The formulation of bad faith in Arkansas is affirmative misconduct that is dishonest, malicious, or oppressive. *See Stevenson v. Union Standard Ins. Co.*, 294 Ark. 651, 746 S.W.2d 39 (1988).

86.     XTO's unlawful conduct is the proximate cause of the injury and damages

17

to Plaintiff and Class Members.

87.    As a result of XTO's unlawful conduct, Plaintiff and Class Members have incurred damages.

88.    In addition, on November 15, 2013, XTO was named a Defendant in the case styled *Whisenhunt Investments, LLC, et al. v. Exxon Mobil Corp., et al.*, U.S. District Court for the Eastern District of Arkansas, Case No. 4:13cv00656 (the "Federal Court Case").

89.    On July 28, 2016, an Order was entered in the Federal Court Case in which the Court held "Act 272 [specifically, Ark. Code Ann. § 15-72-305] does not take away the right to contract between parties to an oil and gas lease." In so stating, the Court held that the contractual terms of a lease agreement between a Lessor and Lessee in the context of oil and gas production is the overarching authority governing the parties' dealings.

90.    The Order entered in the Federal Court Case provides additional support for the finding that XTO negligently and unlawfully breached its duty in bad faith to make royalty payments to Plaintiff and Class Members without deduction.  XTO was aware of the applicable law and the express terms of the Lease Agreements, yet it nevertheless failed to adhere. This unlawful conduct is dishonest, malicious, and oppressive as to Plaintiff and Class Members so as to constitute bad faith. *See Stevenson*, 294 Ark. 651, 746 S.W.2d 39 (1988).

91.    Plaintiff and Class Members pray for the unpaid amount of proceeds withheld by XTO, as well as their costs, expenses, and attorney's fees incurred.

18

**F.     Actual and Constructive Fraud.**

92.     The preceding paragraphs are hereby re-alleged and incorporated herein.

93.     Actual fraud consists of the following elements: (1) the Defendant made a false representation of material fact; (2) the Defendant knew that the representation was false or that there was insufficient evidence upon which to make the representation; (3) the Defendant intended to induce action or inaction by the Plaintiff in reliance upon the representation; (4) the Plaintiff justifiably relied on the representation; and (5) the Plaintiff suffered damage as a result of the false representation. *Hobson v. Entergy Ark., Inc.*, 2014 Ark. App. 101, 432 S.W.3d 117 (2014).

94.     Constructive fraud, as opposed to actual fraud, does not include the elements of actual dishonesty or intent to deceive. *Id.*

95.     XTO made a false representation of material fact in providing royalty payments which withheld unlawful deductions owed to Plaintiff and Class Members, and failing to disclose the true value of the royalty payments owed to Plaintiff and Class Members, pursuant to the express terms of the Lease Agreements.

96.     XTO knew the representations regarding deductions and the true value of the royalty payments owed to Plaintiff and Class Members were false and incorrect. XTO has extensive and expert knowledge of the oil and gas industry and the accounting process related to production. Nevertheless, XTO intentionally and unlawfully withheld deductions from royalty payments owed to Plaintiff and Class Members pursuant to the express terms of the Lease Agreements.

97.     XTO's conduct in unlawfully withholding deductions from royalty payments was intended to mislead and deceive Plaintiff and Class Members. XTO intended for

19

Plaintiff and Class Members to rely upon the false misrepresentations reflected in the true amounts of royalty payments owed such that Plaintiff and Class Members would believe they were receiving their proper royalties pursuant to the Lease Agreements.

98.    Plaintiff and Class Members justifiably relied on XTO's false representation that they were receiving proper royalties pursuant to the Lease Agreements. Plaintiff and Class Members were lead into a false sense of security and duped into believing XTO was truly and honestly providing Plaintiff and Class Members proper royalties owed pursuant to the Lease Agreements.

99.    As a result of XTO's unlawful conduct, Plaintiff and Class Members have incurred damages.

100.    Plaintiff and Class Members pray for the unpaid amount of proceeds withheld by XTO, as well as their costs, expenses, and attorney's fees incurred.

G.    **Conversion.**

101.    The preceding paragraphs are hereby re-alleged and incorporated herein.

102.    Conversion is the exercise of dominion over property in violation of the rights of the owner or the person entitled to possession. *Grayson v. Bank of Little Rock*, 334 Ark. 180, 971 S.W.2d 788 (1998). Where the Defendant exercises control over the property in exclusion or defiance of the owner's rights, it is a conversion, whether it is for the Defendant's own use or another's use. *McQuillan v. Mercedes-Benz Credit Corp.*, 331 Ark. 242, 961 S.W.2d 729 (1998). An unqualified refusal to surrender, stating no reason, or one stating the wrong reason, is still a conversion, even where there are unstated justifications. *Id.* If the Defendant insists upon charges, or other conditions of delivery, which the Defendant has no right to impose, there is conversion. *Id.*

20

103.   The proper measure of damages for conversion of property is the market value of the property at the time and place of its conversion. *Id.* However, the circumstances of the case may include that the measure of expenses incurred as a result of the conversion be included. *Id.* (citing *First Nat'l Bank of Brinkley v. Frey*, 282 Ark. 339, 668 S.W.2d 533 (1984). Additionally, punitive damages may be awarded where the Defendant intentionally exercised control or dominion over the Plaintiff's property for the purpose of violating his right to the property or for the purpose of causing damages. *City National Bank of Fort Smith v. Goodwin*, 301 Ark. 182, 783 S.W.2d 335 (1990) (citing *Walt Bennett Ford, Inc. v. Keck*, 298 Ark. 424, 768 S.W.2d 28 (1989)).

104.   Plaintiff and Class Members are entitled to possess and own their proper royalty payments free from deductions pursuant to the Lease Agreements.

105.   XTO intentionally took and exercised control over the proper amount of royalty payments owed to Plaintiff and Class Members by withholding unlawful deductions from the royalty payments owed in violation of Plaintiff and Class Members' rights, pursuant to the Lease Agreements.

106.   Due to XTO's conversion of Plaintiff and Class Members proper royalty payments owed under the Lease Agreements, Plaintiff and Class Members have incurred damages.

107.   XTO's conduct is an intentional conversion of Plaintiff and Class Members' proper royalty payments owed for the purpose of violating Plaintiff and Class Members rights under the Lease Agreement, and to unlawfully keep excess proceeds for the benefit of XTO.

108.   Plaintiff and Class Members pray that for the unpaid amount of proceeds withheld by XTO, as well as their costs, expenses, and attorney's fees incurred, and punitive damages as a result of XTO's intentional conversion.

**H.     Equitable and Injunctive Relief.**

109.   XTO must be enjoined and restrained from contacting or otherwise communicating with Plaintiff and Class Members concerning the issues described in the herein Class Action Complaint, unless the Court is specifically advised of the proposed contact or communication.

110.   Judicial scrutiny regarding XTO's contact or communication with Plaintiff and Class Members is necessary to prevent the potential for abuse. Plaintiff and Class Members are oil, gas, and mineral interest owners in the State of Arkansas, while XTO is a large, national Corporation. As such, there is the risk of XTO contacting or communicating with Plaintiff and Class Members which may lead to inadequate, incomplete, misleading, and/or erroneous representations from XTO to Plaintiff and Class Members, and to prevent any intimidation, annoyance, harassment, or undue influence from XTO to Plaintiff and Class Members.

111.   Moreover, XTO is in possession of files and other documentation containing the names and addresses of Plaintiff and Class Members as a result of the Lease Agreements.

112.   If XTO were to contact or communicate with Plaintiff and Class Members in an attempt to facilitate a settlement for inadequate and incomplete consideration, the resulting damages to Plaintiff and Class Members would be irreparable, with monetary damages insufficient and inadequate.

113.   As XTO has concealed much of its conduct from Plaintiff and Class Members for years, there would be no detriment to XTO from the entry of an Order providing such injunctive relief.

114.   Plaintiff and Class Members pray that the Court enter an Order enjoining and restraining XTO from any contact or communication with Plaintiff and Class Members whatsoever pending final adjudication of the herein case.

**I.      Unjust Enrichment.**

115.   The preceding paragraphs are hereby re-alleged and incorporated herein.

116.   XTO has received a monetary benefit from Plaintiff and Class Members, which it is not entitled to, in the form of the deductions withheld from royalty payments, which have unjustly enriched XTO.

117.   Plaintiff and Class Members provided to XTO a leasehold interest in the Properties for oil and gas production to the benefit of XTO.

118.   Under the Lease Agreements, Plaintiff and Class Members were to be paid an agreed royalty from XTO with respect to all oil and gas produced on the Properties. Further, no deductions, whatsoever, were to be withheld from said royalty payments.

119.   Plaintiff and Class Members reasonably expected to receive the royalty payments without deduction, pursuant to the Lease Agreements.

120.   XTO was aware that, pursuant to the Lease Agreements, Plaintiff and Class Members were providing XTO a leasehold interest in the Properties with the expectation that Plaintiff and Class Members would receive the agreed royalty payments without deduction.

121.   As a result of the unlawful deductions, XTO has been unjustly enriched.

122.   Plaintiff and Class Members pray for the unpaid amount of proceeds withheld by XTO, as well as its costs, expenses, and attorney's fees incurred.

**V.     Prayer for Relief.**

123.   Plaintiff and Class Members demand a jury trial.

124.   Plaintiff and Class Members reserve the right to plead further after additional investigation and Discovery.

125.   Plaintiff and Class Members pray for a Certification of the Class under Arkansas Rule of Civil Procedure 23, and an Order certifying the Class and appointment of Plaintiff as the Class Representative, with Plaintiff's counsel appointed as Class Counsel.

126.   As a result of withholding of deductions by Defendant, XTO Energy, Inc., owed to Plaintiff and Class Members pursuant to the Lease Agreements, Plaintiff and Class Members pray that the Court: (1) find XTO in Breach of Contract; (2) find XTO in violation of Ark. Code. Ann. §§  15-74-601--604; (3) find XTO in violation of Ark. Code Ann. § 15-74-708; (4) find XTO in violation of the Arkansas Deceptive Trade Practices Act; (5) find XTO was Unjustly Enriched; (6) find XTO Negligent; (7) find XTO liable for Actual and Constructive Fraud; (8) find XTO liable for Conversion; and (9) enter an Order enjoining and restraining XTO from contacting or otherwise communicating whatsoever with Plaintiff an Class Members pending final resolution of the herein case.

127.   Plaintiff and Class Members pray for a Judgment *in personam* against Defendant, XTO Energy, Inc., for the deductions from royalties paid to Plaintiff and Class Members in violation of Lease Agreements, and for a full accounting of proceeds

24

from the production of oil and gas on Plaintiff and Class Members' Properties since execution of the Lease Agreements.

128.    Plaintiff and Class Members pray for all amounts deducted from royalty payments owed to be paid by Defendant, XTO Energy, Inc.

129.    Plaintiff and Class Members pray for fees in filing this suit, attorney's fees, and costs, and related out-of-pocket costs and expenses which Plaintiff and Class Members will incur in connection with this case and collection of any Judgment.

130.    If Class Certification is not granted, Plaintiff, Affordable Land Developing, Inc., prays that the herein case continue as separate claims.

WHEREFORE, Plaintiff and Class Members request and pray for the following: (a) that Defendant, XTO Energy, Inc., be found in in Breach of Contract, in violation of Ark. Code. Ann. §§  15-74-601--604, in violation of Ark. Code Ann. § 15-74-708, in violation of the Arkansas Deceptive Trade Practices Act, Unjustly Enriched, Negligent, liable for Actual and Constructive Fraud; liable for Conversion, and that the Court enter an Order enjoining and restraining XTO from contacting or otherwise communicating whatsoever with Plaintiffs an Class Members pending final resolution of the herein case; (b) that a Judgment *in personam* be entered against Defendant, XTO Energy, Inc. for the deductions from royalties paid to Plaintiffs and Class Members in violation of the Lease Agreements between Plaintiff and Class Members and XTO, and for a full accounting of proceeds from the production of oil and gas on Plaintiff and Class Members' Properties since inception; (c) compensatory damages for all amounts deducted from payments to Plaintiffs and Class Members to be paid by by Defendant, XTO Energy, Inc.; (d) punitive damages to be assessed against Defendant, XTO

Energy, Inc., for its conduct in converting Plaintiffs' and Class Members' proceeds from the production of oil and gas on Plaintiffs' and Class Members' Properties; (e) for fees in filing this suit, attorney's fees, costs, and related out-of-pocket costs and expenses which Plaintiffs and Class Members will incur in connection with this case and collection of any Judgment; (f) if Class Certification is not granted, Plaintiff, Affordable Land Developing, Inc., prays the herein case continue as separate claims; and (g) all other relief to which Plaintiff and Class Members may be entitled.

RESPECTFULLY SUBMITTED,

By: _____

**Walker Law Firm, PLLC**
**Kent Walker (04199)**
**Attorney for Plaintiffs**
**3131 John F. Kennedy Blvd.**
**North Little Rock, AR  72116**
**(501) 812-6400**

26

*Blke NJ + Hailey Rnd*

PREPARED BY
Charlotte J. Rogers
Griffith Land Services, Inc.
11060 Timberline Road
Houston, TX 77043

## OIL AND GAS LEASE
### (Paid-up Lease—No Delay Rentals)

Lessor:     **Affordable Land Developing, Inc**
            **P. O. Box 1779**
            **Conway, AR  72033**

Lessee:     **Petrohawk Properties LP**
            **6100 South Yale, Suite 500**
            **Tulsa, OK 74136**

THIS AGREEMENT, made and entered into this __19n__ day of __May__, 2010, by and between Lessor (whether one or more), and Lessee.

WITNESSETH: That Lessor, for and in consideration of <u>Ten And More</u> Dollars ($10.00 & more) and other good and valuable consideration in hand paid, receipt of which is hereby acknowledged, and of the agreements of Lessee hereinafter set forth, hereby grants, demises, leases and lets exclusively unto said Lessee the lands hereinafter described for the purpose of prospecting, exploring by geophysical and other methods, drilling, mining, operating for and producing oil or gas, or both, including, but not as a limitation, casinghead gas, casinghead gasoline, gas-condensate (distillate) and any substance, whether similar or dissimilar, produced in a gaseous state, and the exclusive right to inject air, gas, water, brine and other fluids from any source into the subsurface strata and any and all other rights and privileges necessary, incident to, or convenient for the economical operation of said land, alone or conjointly with neighboring land, for the production, saving and taking care of oil and gas and the injection of air, gas, water, brine, and other fluids into the subsurface strata, said lands being situated in the County of <u>Conway</u>, State of Arkansas, and being described as follows, to-wit:

---

SEE EXHIBIT "A" FOR LEASE ADDENDUMS

SEE EXHIBIT "B" FOR COMPLETE LEGAL DESCRIPTION

---

of Section __4__ Township __7__ Range __15__ it being the purpose and intent of Lessor to lease, and Lessor does hereby lease, all of the lands or interests in lands owned by Lessor which adjoin the lands above described or which lie in the section or sections specified whether or not herein completely and accurately described, together with and including any accretions thereto which may have formed, may now be forming or may hereafter form. For all purposes of this lease, said lands shall be deemed to contain __78__ acres, more or less.

Subject to the other provisions herein contained, this lease shall remain in force for a term of Three (3) years from this date (herein called "primary term") and as long thereafter as oil and gas, or either of them, is produced from the above described land or drilling operations are continuously prosecuted as hereinafter provided. "Drilling Operations" includes

Petrohawk Paid Up OGL 340 050409

*Exhibit A*

operations for the drilling of a new well, the reworking, deepening or plugging back of a well or hole or other operations conducted in an effort to obtain or re-establish production of oil or gas; and drilling operations shall be considered to be "continuously prosecuted" if not more than 120 days shall elapse between the completion or abandonment of one well or hole and the commencement of drilling operations on another well or hole. If, at the expiration of the primary term of this lease, oil or gas is not being produced from the above described land but Lessee is then engaged in drilling operations, this lease shall continue in force so long as drilling operations are continuously prosecuted; and if production of oil or gas results from any such drilling operations, this lease shall continue in force so long as oil or gas shall be produced. If after the expiration of the primary term of this lease, production from the above described land should cease, this lease shall not terminate if Lessee is then prosecuting drilling operations, or within 120 days after each such cessation of production commences drilling operations, and this lease shall remain in force so long as such operations are continuously prosecuted, and if production results therefrom, then as long thereafter as oil or gas is produced from the above described land.

    In consideration of the premises, Lessee covenants and agrees:

1st. To deliver, free of cost, to Lessor at the wells, or to the credit of Lessor in the pipeline to which the wells may be connected, the equal **One-Eighth (1/8th)** part of all oil and other liquid hydrocarbons produced and saved from the leased premises, or, at Lessee's option, to pay to Lessor for such **One-Eighth (1/8th)** royalty the market price at the well for such oil and other liquid hydrocarbons of like grade and gravity prevailing on the day such oil and other liquid hydrocarbons are run from the lease.

2nd. Lessee shall pay Lessor **One-Eighth (1/8th)** of the proceeds derived from the sale of all gas at the well (including substances contained in such gas) produced, saved, and sold by Lessee. Proceeds are defined as the actual amount received by the Lessee for the sale of said gas in an arm's length, non-affiliated transaction. In the event that the sale is to an Affiliate ("Affiliate" being defined as having a ten percent (10%) common ownership), then the proceeds derived from the sale of all gas shall be a price no less than that received from any other purchaser within the governmental township and range in which the lease is situated.

    The consideration paid to Lessor for this lease includes consideration in lieu of delay rental provisions and the rights and obligations of the parties hereunder shall be the same as if this lease contained provisions for the payment of periodic delay rentals throughout the primary term hereof and each such delay rental had been timely paid and accepted by Lessor.

    If a well capable of producing gas or gas and gas-condensate in paying quantities located on the leased premises (or on acreage pooled or consolidated with all or a portion of the leased premises into a unit for the drilling or operation of such well) is at any time shut in and no gas or gas-condensate therefrom is sold or used off the premises or for the manufacture of gasoline or other products, nevertheless such shut-in well shall be deemed to be a well on the leased premises producing gas in paying quantities and this lease will continue in force during all of the time or times while such well is so shut in, whether before or after the expiration of the primary term hereof. Lessee shall use reasonable diligence to market gas or gas and gas-condensate capable of being produced from such shut-in well but shall be under no obligation to market such products under terms, conditions or circumstances which, in Lessee's judgment exercised in good faith, are unsatisfactory. Lessee shall be obligated to pay or tender to Lessor within 45 days after the expiration of each period of one year in length (annual period) during which such well is so shut in, as royalty, an amount equal to $1,00 per acre for the acreage covered by this lease as to which the leasehold rights are, at the end of such annual period, owned by the Lessee making such payment; provided that, if Lessor owns less than the full and entire royalty interest in such acreage, such payments shall be such part (calculated on a royalty-acre basis) of said amount as Lessor's royalty interest bears to the full and entire royalty interest in such acreage; and provided further that, if gas or gas-condensate from such well is sold or used as aforesaid before the end of any such annual period, or if, at the end of any such annual period, this lease is being maintained in force and effect otherwise than by reason of such shut-in well, Lessee shall not be obligated to pay or tender, for that particular annual period, said sum of money. Such payment shall be deemed a royalty under all provisions of this lease. Such payment may be made or tendered to Lessor AT LESSOR'S ABOVE ADDRESS, which bank and its successors shall continue as the depository regardless of changes in the ownership of said land or the right to receive royalty hereunder. Royalty ownership as of the last day of each such annual period as shown by Lessee's records shall govern the determination of the party or parties entitled to receive such payment.

    If Lessor owns a less interest in the land covered by this lease than the entire and undivided fee simple mineral estate therein, then whether or not such less interest is referred to or described herein, all royalties herein provided shall be paid Lessor only in the proportion (calculated on a royalty-acre basis) which the royalty interest owned by him in said land bears to the full and entire royalty interest in said land.

If the estate of either party hereto is assigned or sublet, and the privilege of assigning or subletting in whole or in part is expressly allowed, the express and implied covenants hereof shall extend to the sublessees, successors and assigns of the parties; and in the event of an assignment or subletting by Lessee, Lessee shall be relieved and discharged as to the leasehold rights so assigned or sublet from any liability to Lessor thereafter accruing upon any of the covenants or conditions of this lease, either express or implied. No change in the ownership of the land or royalties, however accomplished, shall operate to enlarge the obligations or diminish the rights of Lessee or require separate measuring or installation of separate tanks by Lessee. Notwithstanding any actual or constructive knowledge of or notice to Lessee, no change in the ownership of said land or of the right to receive royalties hereunder, or of any interest therein, whether by reason of death, conveyance or any other matter, shall be binding on Lessee (except at Lessee's option in any particular case) until 90 days after Lessee has been furnished written notice thereof, and the supporting information hereinafter referred to, by the party claiming as a result of such change in ownership or interest. Such notice shall be supported by original or certified copies of all documents and other instruments or proceedings necessary in Lessee's opinion to establish the ownership of the claiming party.

Lessee may, at any time, execute and deliver to Lessor or place of record a release covering all or any part of the acreage embraced in the leased premises or covering any one or more zones, formations or depths underlying all or any part of such acreage, and thereupon shall be relieved of all obligations thereafter to accrue with respect to the acreage, zones, formations or depths covered by such release.

Lessee is granted the right, from time to time while this lease is in force, to pool into a separate operating unit or units all or any part of the land covered by this lease with other land, lease or leases, or interests therein (whether such other interests are pooled by a voluntary agreement on the part of the owners thereof or by the exercise of a right to pool by the Lessees thereof), when in Lessee's judgment it is necessary or advisable in order to promote conservation, to properly develop or operate the land and interests to be pooled, or to obtain a multiple production allowable from any governmental agency having control over such matters. Any unit formed by such pooling shall be of abutting or cornering tracts and shall not exceed 640 acres (plus a tolerance of 10%) for gas or gas-condensate and shall not exceed 80 acres (plus a tolerance of 10%) for any other substance covered by this lease; provided that if any governmental regulation or order shall prescribe a spacing pattern for the development of a field wherein the above described land, or a portion thereof, is located, or allocate a producing allowable based on acreage per well, then any such unit may embrace as much additional acreage as may be so prescribed or as may be permitted in such allocation of allowable. Each unit shall be created by Lessee's recording a declaration of Pooling containing a description of the unit so created. Such pooling shall be effective on the date such declaration is filed unless a later effective date is specified in such declaration. In lieu of the royalties elsewhere herein specified, except shut-in gas well royalties, Lessor shall receive on production from an area so pooled only such portion of the royalties which, in the absence of such pooling, would be payable hereunder to Lessor on production from the land covered by this lease which is placed in the pooled area as the amount of the surface acreage in the land covered by this lease which is placed in the pooled area bears to the amount of the surface acreage of the entire pooled area. Nothing herein contained shall authorize or affect any transfer of any title to any leasehold, royalty or other interest pooled pursuant hereto. The commencement of a well, the conduct of other drilling operations, the completion of a well or of a dry hole, or the operation of a producing well on the pooled area, shall be considered for all purposes (except for royalty purposes) the same as if said well were located upon, or such drilling operations were conducted upon, the lands covered by this lease whether or not such well is located upon, or such drilling operations are conducted upon, said lands. Lessee may terminate any pooling effected pursuant hereto at any time the pooled unit is not producing or no drilling operations are being conducted thereon by executing and filing of record in the county or counties in which the pooled area is located a written declaration of the termination of such pooling, provided that the pooling of all interests not covered by this lease which comprise a part of such pooled unit be also terminated in some effective manner.

Lessee shall have the right to use, free of cost, gas, oil and water found on said land for its operation, except water from the wells of the Lessor. When required by the Lessor, the Lessee shall bury its pipelines below plow depth and shall pay reasonable damages for injury by reason of its operation to growing crops on said land. No well shall be drilled nearer than 200 feet to any house or barn or other structure on said premises as of the date of this Lease without the written consent of the Lessor. Lessee shall have the right at any time during, or after the expiration of this Lease to enter upon the property and to remove all machinery, fixtures, and other structures placed on said premises, including the right to draw and remove all casing, but the Lessee shall be under no obligation to do so.

Lessee may purchase or lease the rights of any party claiming any interest in said land and exercise such rights as may be obtained thereby but lessee shall not suffer any forfeiture nor incur any liability to Lessor by reason thereof. Lessee shall have the right at any time to pay for Lessor, any mortgage, taxes or other lien on said lands, in the event of default of payment by Lessor, and be subrogated to the rights of the holder thereof, and any such payments made by Lessee for Lessor may be deducted from any amounts of money which may become due Lessor under this lease.

All express provisions and implied covenants of this lease shall be subject to all applicable laws, governmental orders, rules and regulations. This lease shall not be terminated in whole or in part, nor Lessee held liable in damages because of a temporary cessation of production or of drilling operations due to breakdown of equipment or due to the repairing of a well or wells, or because of failure to comply with any of the express provisions or implied covenants of this lease if such failure is the result of the exercise of governmental authority, war, armed hostilities, lack of market, act of God, strike, civil disturbance, fire, explosion, flood or any other cause reasonably beyond the control of Lessee.

This lease and all provisions thereof shall be applicable to and binding upon the parties and their respective successors and assigns. Reference herein to Lessor and Lessee shall include reference to their respective successors and assigns. Should any one or more of the parties named above as Lessors not execute this lease, it shall nevertheless be binding upon the party or parties executing the same.

Each husband/wife above named hereby joins in the execution and delivery of this lease for the purpose of conveying, releasing and relinquishing unto Lessee, for the purposes and consideration aforesaid, all of his/her right, title, interest and estate in said land, including any rights of dower/curtesy and homestead which he/she may have therein.

IN WITNESS WHEREOF, this lease is executed as of the day and year first above written.

Robert M. Kyzer, President

---

(Acknowledgement for Corporation)

STATE OF _Arkansas_
                           SS
COUNTY OF _Pulaski_

On this _19_ day of _May_, 2010, before me the undersigned, a Notary Public, duly commissioned, qualified, and acting, within and for said County and State, appeared in person the within named _Robert M. Kyzer_, to me personally well known, who stated that he is _President_ of _Affordable Land Developing, Inc._, a corporation, and is duly authorized in his capacity to execute the annexed and foregoing instrument for and in the name and behalf of said corporation, and further stated and acknowledged that he has so signed, executed, and delivered said foregoing instrument for the consideration, uses, and purposes therein mentioned and set forth

IN WITNESS WHEREOF I have hereunto set my hand and official seal.

BRANDON MOFFITT
PULASKI COUNTY
NOTARY PUBLIC – ARKANSAS
My Commission Expires April 08, 2018
Commission No. 12365476

4-8-18
Commission Expiration Date

Notary Public

In and for _____ County, State of _____
Acting in _____ County, State of _____

AFTER RECORDING RETURN TO: Griffith Land Services, Inc., 2323 Washington Ave, Suite D, Conway, AR 72032

EXHIBIT "A"

Attached to and made a part of that certain Oil and Gas Lease dated _19 May_, 2010, by and between **Affordable Land Developing, Inc.**, Lessor and PETROHAWK PROPERTIES LP, Lessee.

Lessor's royalty under this lease shall be one-fifth (1/5th), rather than the stated one-eighth (1/8th), and wherever the fraction one-eighth (1/8th) is shown in the attached lease it shall be replaced by one-fifth (1/5th).

It is agreed between Lessor and the Lessee, notwithstanding any language herein to the contrary, all gas, oil or other proceeds accruing to Lessor under this lease shall be without deduction, of any kind whatsoever, directly or indirectly, including but not limited to the cost of gathering, transporting, treating, compressing, processing, marketing or otherwise making gas, oil or other products produced hereunder merchantable or otherwise enhancing the marketability of said gas, oil or other substances.

Lessee is aware that Lessor sells property to others on a contract for sale purchase, and thus there may be unrecorded tracts under contract in Lessor's named area herein. Any needed authorization, or otherwise, for whatever reason shall be obtained independently by Lessee, including but not limited to, right of ways or easements.

Lessee shall keep and maintain the easement premises in compliance with all applicable environmental laws and not cause or permit the easement premises or any activity conducted thereon to be in violation of any applicable environmental laws, including, but not limited to, those governing soil and ground water conditions. Lessee shall not manufacture, dispose of or release any hazardous materials on, under or about the property, and shall not transport hazardous materials to or from the property in any manner, which would violate any applicable environmental laws.

Lessee hereby agrees to indemnify Lessor and hold Lessor harmless from and against any and all claims, losses, damages, liabilities, fines, penalties, charges, administrative and judicial proceedings, orders, judgments, remedial action requirements and enforcement actions of any kind resulting from a violation of this Lease or otherwise. This includes, but not limited to, reasonable attorneys' fees and expenses resulting in whole or in part therefrom.

It is the intention of Lessor herein, to lease any and all mineral interest that they may own in the aforementioned Section(s), and to any and all streets, alleys, roadways, highways, ditches, creeks, canals, bayous, railroad easements, easements and/or rights-of-way, strips and/or parcels of land not described above, which are situated within and/or adjacent to the above described leased premises.

SIGNED FOR IDENTIFICATION:

_____

Robert M. Kyzer, President

Petrohawk Paid Up OGL 240 050400

## EXHIBIT "B"

Attached to and made a part of that certain Oil and Gas Lease dated _/ 9 May_ , 2010, by and between <u>Affordable Land Developing, Inc.</u>, Lessor and PETROHAWK PROPERTIES LP, Lessee.

LEGAL DESCRIPTION

CONWAY COUNTY, STATE OF ARKANSAS

SECTION 4, TOWNSHIP 7 NORTH, RANGE 15 WEST

**The West Half (W ½) of the Northwest Quarter (NW ¼) less and except two (2) acres in a square in the NE corner of the Northwest Quarter (NW ¼) Northwest Quarter (NW ¼), Section 4, Township 7 North, Range 15 West**

Petrohawk Paid Up OGL 340 050409

| T | P | MO. | YR. | PROPERTY NUMBER | PROPERTY NAME | | | COUNTY | STATE | Page 1 of 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UNIT PRICE | BBLS. GALS OR MCF | GROSS VALUE | BTU-FACTOR | SEV/PROD TAX | NET VALUE | |
| | | | | YOUR DECIMAL | YOUR TABLE GALS OR MCF | YOUR GROSS | | YOUR SEV/PROD TAX | YOUR OTHER | YOUR NET |
| * | * | ** | ** | W 0131392 | CANADY 01-04H | | | CONWAY | AR | |
| Z | G | 06 | 18 | 2.55 | 10415.00 | 26633.95 | .9335 | 741.73- | 14003.97 | 126.64 |
| | | | | .006888542 | 71.74 | 183.47 | | 5.11- | 21.07- | |
| | | | | | | | Transportation | | .65- | |
| R | | | | .011480906 | 119.57 | 305.78 | Conservation Tax | 8.51- | -35.10- | 251.20 |
| | | | | | | | Transportation | | 1.07- | |
| | | | | | | | Conservation Tax | | | |
| * | * | ** | ** | W 0131683 | WILLIAMS 02-33H | | | CONWAY | AR | |
| Z | G | 06 | 18 | 2.55 | 13338.00 | 34140.33 | .9343 | 283.74- | 18626.65 | 34.00 |
| | | | | .000414867 | 5.53 | 14.16 | | .11- | .05- | |
| R | | | | .000691443 | 9.22 | 23.61 | Conservation Tax | .20- | .08- | 23.33 |
| | | | | | | | Conservation Tax | | | |

| | YOUR TOTALS | 527.02 | 13.93- | 58.02- | 455.07 |
|---|---|---|---|---|---|

PRODUCT
A - FLARE    C - CONDENSATE    I - CARBON DIOXIDE
B - PLANT FUEL    N - NET PROFITS    J - LIQUEFIED NAT. GAS
F - FUEL    R - RESIDUE    L - NATURAL GAS LIQUIDS
G - GAS    S - SULFUR    M - DRIP CONDENSATE
H - HELIUM    T - INTEREST    P - PLANT PRODUCT
O - OIL    Z - MINIMUM ROYALTY

OWNER TYPE: W - WORKING R - ROYALTY O - OVERRIDE
E - EXCESS ROYALTY P - PRODUCTION PAYMENT

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY, AR 72033

| OWNER NUMBER | CHECK DATE |
|---|---|
| 9100 | 8/24/18 |

CHECK NO.    57043496

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298
866-886-2613

OWNER NAME

DETACH AND RETAIN THIS STATEMENT FOR TAX PURPOSES, DUPLICATES CANNOT BE FURNISHED

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR OF

**XTO ENERGY**

XTO ENERGY INC.
810 HOUSTON ST. - FORT WORTH, TEXAS 76102-6298.

Citibank, N.A.
One Penn's Way - New Castle DE 19720
63-28/311

67043496

CHECK NO. 67043496    OWNER NO.    270100    DATE    8/24/18

EXACTLY    FOUR HUNDRED FIFTY-FIVE DOLLARS AND SEVEN
CENTS

PAY$  $455.07

**VOID AFTER 180 DAYS**
REVENUE

XTOCHK180824-2004 4009-4010

*Evan M Van Kirk*
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

PAY TO THE    AFFORDABLE LAND DEVELOPING INC
ORDER OF:    PO BOX 1779
CONWAY, AR 72033

Exhibit B

XTO Energy Inc.
110 West 7th Street
Fort Worth, TX 76102-7108

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO  CHECK DATE
1-866-886-2613 EMAIL: revenue_inquiry@xtoenergy.com
XTO ENERGY, INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 1 OF 26

0204659 03 RE 0.974 **AUTO  T8 0 2298 72033      -P02183 C01

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033-1779

# * * * STATEMENT DETAILS ENCLOSED * * *

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| 05/22/2020 CHECK DATE | 1000746912 CHECK # | '9235 OWNER NO. | $2,231.65 GROSS VALUE | $13.21- TAXES | $2,007.60- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

XTO ENERGY INC. BELIEVES THAT THE PAYMENTS COVERED BY THIS CHECK HAVE BEEN CALCULATED APPROPRIATELY.  HOWEVER, IF A MISTAKE IS IDENTIFIED, THEN XTO ENERGY INC. MAY CORRECT THE PAYMENT. XTO ENERGY INC. DOES NOT WAIVE AND EXPLICITLY RESERVES ALL LEGAL RIGHTS, DEFENSES AND CLAIMS PERTAINING TO ROYALTY UNDER THE APPLICABLE LEASE(S)

DETACH AND RETAIN THIS STUB FOR YOUR RECORDS

XTO Energy Inc.
110 West 7th Street
Fort Worth, TX 76102-7108

62-20
311

CHECK NO.:  1000746912

CHECK DATE:  05/22/2020

Two Hundred Ten and 84/100 Dollars

PAY TO THE
ORDER OF:    AFFORDABLE LAND DEVELOPING INC
             PO BOX 1779
             CONWAY AR 72033

Oil & Gas Purchase Account

************$210.84

**VOID AFTER SIX MONTHS**

*Evan M. Van Kirk*
AUTHORIZED SIGNATURE

CITIBANK, N.A.
ONE PENN'S WAY, NEW CASTLE, DE 19720

Exhibit C

**XTO ENERGY INC.**

WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO., CHECK DATE
1-866-886-2613 EMAIL (owner_inquiry@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILATES

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

PAGE 3 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MM/YR | PROD TYPE | INT TYPE | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DEV OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | | COMMENTS | | OWNER INFORMATION AND TOTALS | | | | |
| | | | PROPERTY TOTALS | | | | | | | | | | | | |
| 11/18 FLB | RI | | WO118646-1 CANNAY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| | | | 5.64- | | | | | 5.64- 0.01148091 | | | 0.05- | | | | 0.05- |
| 11/18 FLB | OC | | WO118646-1 CANNAY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| | | | 5.64- | | | | | 5.64- 0.00688854 | | | 0.04- | | | | 0.04- |
| 11/18 GAS | RI | | WO118646-1 CANNAY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 8730.00- | | | 29847.04- | 3.40 | 1.0055 | 1550.92 | 9341.20 | 18744.92- 0.01148091 | | 100.23- | 340.37- | 0.90 17.02 | | CON SEV | 322.45- |
| 8736.00 | | | 29573.95 | 3.39 | 1.0048 | 1090.26- | 9341.20- | 19142.50 0.01148091 | | 100.30 | 339.54 | 0.90- 13.35- | 59.39- 13.09- | CON SEV GAT TRT | 252.81 |
| 11/18 GAS | OC | | WO118646-1 CANNAY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 9730.00- | | | 29847.04- | 3.40 | 1.0055 | 1550.92 | 9341.20 | 18744.92- 0.00688854 | | 60.14- | 204.22- | 0.54 10.21 | | CON SEV | 193.47- |
| 8736.00 | | | 29573.95 | 3.39 | 1.0048 | 1090.26- | 9341.20- | 19142.50 0.00688854 | | 60.18 | 203.72 | 0.54- 8.01- | 35.63- 7.86- | CON SEV GAT TRT | 151.68 |
| 12/18 FLB | RI | | WO118646-1 CANNAY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| | | | 3.46- | | | | | 3.46- 0.01148091 | | | 0.04- | | | | 0.04- |
| 12/18 FLB | OC | | WO118646-1 CANNAY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| | | | 3.46- | | | | | 3.46- 0.00688854 | | | 0.03- | | | | 0.03- |
| 12/18 GAS | RI | | WO118646-1 CANNAY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 6662.00- | | | 38556.43- | 4.45 | 1.0051 | 2005.78 | 9531.03 | 27019.62- 0.01148091 | | 95.45- | 442.65- | 0.90 22.13 | | CON SEV | 419.63- |

CONTINUED NEXT PAGE

| 9235 OWNER NO | $2,231.65 GROSS VALUE | $13.21 TAXES | $2,007.60 DEDUCTIONS | $210.84 NET PAYMENT |

| 05/22/2020 CHECK DATE | 1000746912 CHECK # |

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DO/NO. CHECK DATE
1-866-886-2613 TRIAL  menu_rtrw@xenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILATES

PAGE 4 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

### PROPERTY TOTALS

| DATE MTH/YR | PROD TYPE | INT TYPE | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | COMMENTS | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXDED/ OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | | | OWNER INFORMATION AND TOTALS | | | | | | |
| 8676.00 | | | 38509.90 | 4.44 | 1.0035 | 1424.13- | 9531.03- | 27954.74 | 0.01148091 | | 99.61 | 442.13 | 0.90- | | COH | 327.93 |
| | | | | | | | | | | | | | 17.30- | 23.67- | SEV | |
| | | | | | | | | | | | | | | | CO: | |
| | | | | | | | | | | | | | | 6.57- | DEH | |
| | | | | | | | | | | | | | | 85.76- | GAT | |
| 12/18 GAS OC | | | WO118846-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 8662.00- | | | 38556.43- | 4.45 | 1.0051 | 2005.78 | 9531.03 | 27019.62- | 0.00688854 | | 59.67- | 265.60- | 0.64 | | COH | 251.78- |
| | | | | | | | | | | | | | 13.28 | | SEV | |
| 8676.00 | | | 38500.90 | 4.44 | 1.0035 | 1424.13- | 9531.03- | 27954.74 | 0.00688854 | | 59.77 | 265.28 | 0.54- | | CON | 196.77 |
| | | | | | | | | | | | | | 10.38- | | SEV | |
| | | | | | | | | | | | | | | 14.20- | COY | |
| | | | | | | | | | | | | | | 3.94- | DEH | |
| | | | | | | | | | | | | | | 39.45- | GAT | |
| 12/18 LBU RI | | | WO118846-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 22.00 | | | 97.31 | 4.42 | 1.0000 | | | 97.31 | 0.01148091 | | 0.25 | 1.12 | | | | 1.12 |
| 12/18 LBU OC | | | WO118846-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 22.00 | | | 97.31 | 4.42 | 1.0000 | | | 97.31 | 0.00688854 | | 0.15 | 0.67 | | | | 0.67 |
| 01/19 FLB RI | | | WO118846-1 CANADY 1-4H(BLM-FEE), CONWAY,. AR | | | | | | | | | | | | | |
| 0.28 | | | | | | | | 0.28 | 0.01148091 | | 0.28 | 0.01 | | | | 0.01 |
| 01/19 GAS RI | | | WO118846-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 8448.00- | | | 28501.95- | 3.37 | 1.0051 | 1501.13 | 9275.09 | 17725.76- | 0.01148091 | | 96.99- | 327.23- | 0.87 | | COI | 310.00- |
| | | | | | | | | | | | | | 16.26 | | SEV | |
| 8451.00 | | | 28605.87 | 3.37 | 1.0035 | 1037.69- | 9276.09- | 18193.09 | 0.01148091 | | 97.14 | 327.27 | 0.87- | | COH | 242.69 |
| | | | | | | | | | | | | | 12.82- | | SEV | |
| | | | | | | | | | | | | | | 59.09- | GAT | |
| | | | | | | | | | | | | | | 12.51- | TRT | |

CONTINUED NEXT PAGE

| 9235 OWNER NO | | | $2,231.65 GROSS VALUE | | | $513.21 TAXES | $2,007.60- DEDUCTIONS | | | | | $210.84 NET PAYMENT | | | | |

| 05/22/2020 CHECK DATE | 1000746912 CHECK /f | | $2,231.65 GROSS VALUE | | | $513.21 TAXES | $2,007.60- DEDUCTIONS | | | | | $210.84 NET PAYMENT | | | | |

XTO ENERGY INC. BELIEVES THAT THE PAYMENTS COVERED BY THIS CHECK FOR HAVE BEEN CALCULATED APPROPRIATELY. IF A MISTAKE IS IDENTIFIED, XTO ENERGY INC. WILL CORRECT THE SAME. IF THE PAYMENT IC DOES NOT WAIVE AND/OR RELINQUISH RESERVES IN WHICH RIGHTS DEFENSES ARE CLAIMS. OR MINES TO ROYALTY UNDER THE APPLICABLE LEASES

RB204454-0000-H-P913204-0-4+++

**AFFORDABLE LAND DEVELOPING INC**
**PO BOX 1779**
**CONWAY AR 72033**

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DID NO., CHECK DATE
1-855-865-2613 EMAIL: revenue_inquiry@xtoenergy.com
XTO ENERGY, INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 5 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

PROPERTY NUMBER AND NAME COUNTY, STATE   COMMENTS

OWNER INFORMATION AND TOTALS

| DATE MTH/YR | PROD TYPE | INT TYPE | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/19 GAS | OC | | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 8448.00- | | | 28501.98- | 3.37 | 1.0051 | 1501.13 | 9276.09 | 17725.76- | 0.00588854 | 58.19- | 105.34- | 0.52 | | CON | 186.00- |
| | | | | | | | | | | | | 9.82 | | SEV | |
| 8461.00 | | | 28505.87 | 3.37 | 1.0035 | 1037.69- | 9275.09- | 18193.09 | 0.00588854 | 58.28 | 195.36 | 0.52- | | CON | 145.61 |
| | | | | | | | | | | | | 7.69- | | SEV | |
| | | | | | | | | | | | | | 34.95- | GAT | |
| | | | | | | | | | | | | | 7.59- | TRT | |
| 02/19 FLB | RI | | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 0.87- | | | 0.87- | | | | | 0.87- | 0.01148091 | | 0.01- | | | | 0.01- |
| 02/19 FLB | OC | | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 0.87- | | | 0.87- | | | | | 0.87- | 0.00588854 | | 0.01- | | | | 0.01- |
| 02/19 GAS | RI | | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 7571.00- | | | 20854.41- | 2.76 | 1.0053 | 1110.86 | 8099.33 | 11644.22- | 0.01148091 | 86.92- | 239.43- | 0.78 | | CON | 226.68- |
| | | | | | | | | | | | | 11.97 | | SEV | |
| 7582.00 | | | 20842.52 | 2.75 | 1.0038 | 705.40- | 8099.33- | 12037.79 | 0.01148091 | 87.05 | 239.29 | 0.78- | | CON | 165.66 |
| | | | | | | | | | | | | 8.77- | | SEV | |
| | | | | | | | | | | | | | 52.50- | GAT | |
| | | | | | | | | | | | | | 11.58- | TRT | |
| 02/19 GAS | OC | | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 7571.00- | | | 20854.41- | 2.75 | 1.0053 | 1110.86 | 8099.33 | 11644.22- | 0.00588854 | 52.15- | 143.66- | 0.47 | | CON | 136.01- |
| | | | | | | | | | | | | 7.18 | | SEV | |
| 7582.00 | | | 20942.52 | 2.75 | 1.0038 | 705.40- | 8099.33- | 12037.79 | 0.00588854 | 52.23 | 143.57 | 0.47- | | CON | 99.39 |
| | | | | | | | | | | | | 5.26- | | SEV | |
| | | | | | | | | | | | | | 31.50- | GAT | |
| | | | | | | | | | | | | | 5.95- | TRT | |
| 02/19 L&U | RI | | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 8.00 | | | 21.91 | 2.74 | 1.0000 | | | 21.91 | 0.01148091 | 0.09 | 0.25 | | | | 0.25 |

CONTINUED NEXT PAGE

| | PROPERTY TOTALS | | |
|---|---|---|---|

| 9235 | $2,231.65 | $13.21 | $2,007.60 | $210.84 |
|---|---|---|---|---|
| OWNER NO | GROSS VALUE | TAXES | DEDUCTIONS | NET PAYMENT |

| 05/22/2020 | 100074591 2 |
|---|---|
| CHECK DATE | CHECK # |

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DO.NO   CHECK DATE
1-866-886-2613 8AM... (region, hours)/energy.com
XTO ENERGY INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILATES

PAGE 6 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | GROSS VALUE / GROSS VOLUME | PROPERTY NUMBER AND NAME COUNTY, STATE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | COMMENTS | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DED/OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19 | LAU | OC | 8.00 / 21.91 | WO11B646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.74 | 1.0000 | | AR | 21.91 | | 0.0058885 4 | 0.05 | 0.15 | | | COI | 0.15 |
| 03/19 | FLB | RI | 2.45- | WO11B646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.74 | 1.0000 | | AR | 2.45- | | 0.0114809 1 | | 0.02- | | | SEV | 0.02- |
| 03/19 | FLB | OC | 2.45- | WO11B646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.74 | 1.0000 | | AR | 2.45- | | 0.0058885 4 | | 0.02- | | | COI | 0.02- |
| 03/19 | OAS | RI | 7919.00- / 22016.10- | WO11B646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.79 | 1.0044 | 1172.08 | 8765.82- | 12078.20- | | 0.0114809 1 | 90.92- | 252.76- | 0.82 | 12.54 | COI SEV | 239.30- |
| | | | 7924.00 / 21982.64 | CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.77 | 1.0038 | 732.16- | 8765.82- | 12484.86 | | 0.0114809 1 | 90.98 | 252.38 | 0.82- 9.26- | 55.04- 12.14- | CON SEV GAT TRT | 175.12 |
| 03/19 | OAS | OC | 7919.00- / 22016.10- | WO11B646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.78 | 1.0044 | 1172.08 | 8765.82- | 12078.20- | | 0.0058885 4 | 54.55- | 151.66- | 0.49 | 7.58 | COI SEV | 143.59- |
| | | | 7924.00 / 21982.64 | CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.77 | 1.0038 | 732.18- | 8765.82- | 12484.86 | | 0.0058885 4 | 54.59 | 151.43 | 0.49- 5.55- | 33.03- 7.29- | COI SEV GAT TRT | 105.07 |
| 03/19 | LAU | RI | 35.00 / 96.73 | WO11B646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.76 | 1.0000 | | AR | 96.73 | | 0.0114809 1 | 0.40 | 1.11 | | | COI | 1.11 |
| 03/19 | LAU | OC | 35.00 / 96.73 | WO11B646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.76 | 1.0000 | | AR | 96.73 | | 0.0058885 4 | 0.24 | 0.67 | | | SEV | 0.67 |
| 04/19 | FLB | RI | 127.34- | WO11B646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 2.77 | 1.0000 | | AR | 127.34- | | 0.0114809 1 | | 1.46- | | | COI SEV GAT TRT | 1.46- |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746912 CHECK # | 9235 OWNER NO | $2,231.65 GROSS VALUE | $13.21- TAXES | $2,007.60- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

XTO ENERGY INC BELIEVES THAT THE PAYMENT IS COVERED BY THIS CHECK HAS BEEN CALCULATED APPROPRIATELY. HOWEVER, IF A MISTAKE IS IDENTIFIED, THIS CHECK XTO ENERGY INC DOES NOT NAME AND EXPLICITLY RESERVES ALL ITS RIGHTS DEFENSES AND CLAIMS REGARDING ROYALTY UNDER THE APPLICABLE LEASE(S)

AFFORDABLE LAND DEVELOPING INC
PO BOX 1778
CONWAY AR 72033

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DO NO., CHECK DATE
1-866-886-2613 EMAIL: revenue_inquire@xtoenergy.com
XTO ENERGY, INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 7 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MO/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | | COMMENTS | OWNER INFORMATION AND TOTALS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **PROPERTY TOTALS** | | | | | | | | | | | | | | |
| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | | | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DED/OTH TYPE | NET VALUE | | |
| 04/19 FLB OC | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | | | | |
| | 127.34- | | | | | 127.34- | 0.00688854 | | | | 0.88- | | | | 0.88- | | |
| 04/19 GAS RI | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | | | | |
| 8316.00- | 23036.32- | 2.77 | 1.0058 | 1226.66 | 9314.29 | 12495.37- | 0.01148091 | | | 95.48- | 264.48- | 0.85 / 13.22 | | COI / SEV | 250.40- | | |
| 04/19 GAS OC | | | | | | | | | | | | | | | | | |
| 8316.00 | 21154.58 | 2.54 | 1.0058 | 667.90- | 8893.43- | 11573.25 | 0.01148091 | | | 96.48 | 242.87 | 0.86- / 8.52- | 57.78- / 12.75- | COI / SEV / GAT / TRT | 162.86 | | |
| 04/19 GAS OC | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | | | | |
| 8316.00- | 23036.32- | 2.77 | 1.0058 | 1226.66 | 9314.29 | 12495.37- | 0.00688854 | | | 57.29- | 158.69- | 0.52 / 7.93 | | COI / SEV | 150.24- | | |
| 04/19 GAS RI | | | | | | | | | | | | | | | | | |
| 8316.00 | 21154.58 | 2.54 | 1.0058 | 687.90- | 8893.43- | 11573.25 | 0.00688854 | | | 57.29 | 145.72 | 0.52- / 5.17- | 34.67- / 7.55- | COI / SEV / GAT / TRT | 97.71 | | |
| 04/19 LBU RI | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | | | | |
| 67.00 | 169.46 | 2.53 | 1.0000 | | | 169.46 | 0.01148091 | | | 0.77 | 1.95 | | | | 1.95 | | |
| 04/19 LBU OC | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | | | | |
| 67.00 | 169.46 | 2.53 | 1.0000 | | | 169.46 | 0.00688854 | | | 0.46 | 1.17 | | | | 1.17 | | |
| 05/19 FLB RI | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | | | | |
| 0.93 | 0.93 | | | | | 0.93 | 0.01148091 | | | 0.93 | 0.01 | | | | 0.01 | | |
| 05/19 GAS RI | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | | | | |
| 8336.00- | 20370.37- | 2.44 | 1.0073 | 1093.54 | 9259.73 | 9987.10- | 0.01148091 | | | 95.71- | 233.67- | 0.85 / 11.69 | | COI / SEV | 221.32- | | |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746912 CHECK# | 9235 OWNER NO | $2,231.65 GROSS VALUE | $132.1- TAXES | $2,007.60- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

**AFFORDABLE LAND DEVELOPING INC**
PO BOX 1779
CONWAY AR 72033

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DO NO   CHECK DATE
1.866.886.2613 EMAIL  revenue_inquiry@xtoenergy.com
XTO ENERGY INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 8 OF 26

**Oil/Gas Payment Statement**
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | PROPERTY NUMBER AND NAME COUNTY, STATE | COMMENTS | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19 | GAS | OC | 8336.00 | 20396.29 | 2.46 | 1.0073 | 629.85- | 9289.73- | 10466.71 | 0.01148091 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | 95.71 | 234.05 | 0.86- / 8.17- | 57.94- / 12.78- | COM SEV GAT TRT | 164.30 |
| 05/19 | GAS | OC | 8336.00- | 20370.37- | 2.44 | 1.0073 | 1093.54 | 9289.73 | 9987.10- | 0.00688854 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | 57.42- | 140.32- | 0.52 / 7.02 | | COM SEV | 132.78- |
| 05/19 | GAS | OC | 8336.00 | 20386.29 | 2.45 | 1.0073 | 629.86- | 9289.73- | 10465.71 | 0.00688854 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | 57.42 | 140.43 | 0.52- / 4.90- | 34.76- / 7.67- | COM SEV GAT TRT | 92.58 |
| 05/19 | LBU | RI | 114.00 | 275.77 | 2.43 | 1.0000 | | | 275.77 | 0.01148091 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | 1.31 | 3.18 | | | COM | 3.18 |
| 05/19 | LBU | OC | 114.00 | 275.77 | 2.43 | 1.0000 | | | 275.77 | 0.00688854 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | 0.79 | 1.91 | | | COM | 1.91 |
| 06/19 | FLB | RI | | 1.33 | | | | | 1.33 | 0.01148091 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | 0.01 | | | COM | 0.01 |
| 06/19 | FLB | OC | | 1.33 | | | | | 1.33 | 0.00688854 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | 0.01 | | | COM | 0.01 |
| 06/19 | GAS | RI | 7953.00- | 20072.29- | 2.52 | 1.0067 | 1076.19 | 8583.83 | 10413.27- | 0.01148091 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | 91.31- | 230.45- | 0.82 / 11.52 | | COM SEV | 218.11- |
| 06/19 | GAS | OC | 7953.00 | 19594.30 | 2.34 | 1.0067 | 572.10- | 8583.83- | 9438.37 | 0.01148091 | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | 91.31 | 213.48 | 0.82- / 7.28- | 55.70- / 12.29- | COM SEV GAT TRT | 137.39 |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000748912 CHECK # | 9235 OWNER NO. | $2,231.65 GROSS VALUE | $13.21 TAXES | $2,007.60- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

XTO ENERGY INC BELIEVES THAT THE PAYMENT IS COVERED BY THIS CHECK HAVE BEEN CALCULATED APPROPRIATELY. HOWEVER THIS INSTANCE IS IDENTIFIED THE STATE SEVERANCE TAX CORRECT THE PAYMEN. XTO ENERGY INC DOES NOT WAIVE ANY OR ALL OF ITS RESERVES ALL LEGAL RIGHTS, DEFENSES AND CLAIMS THAT IT REPRESENTS TO IMPROPERLY UNDER THE APPLICABLE LEASE(S)

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO. PROPERTY DO/NO  CHECK DATE
1-866-886-2613 EMAIL: revenue_inquiry@xtoenergy.com
XTO ENERGY INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

AFFORDABLE LAND DEVELOPING INC
PO BOX 1778
CONWAY AR 72033

PAGE 9 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | | | COMMENTS | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | | | | | | | | |
| 08/19 | GAS | OC | 7953.00- | 20072.29- | 2.52 | 1.0067 | 1075.19 | 8583.83 | 10413.27- | WO118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 0.00598854 | 54.79- | 138.27- | 0.49 | | COI | 130.87- |
| | | | | | | | | | | | | | | 5.91 | | SEV | |
| | | | 7953.00 | 18594.30 | 2.34 | 1.0057 | 572.10- | 8583.83- | 9438.37 | WO118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 0.00588854 | 54.79 | 128.09 | 0.49- | | COI | 82.44 |
| | | | | | | | | | | | | | | 4.37- | | SEV | |
| | | | | | | | | | | | | | | | 33.42- | GAT | |
| | | | | | | | | | | | | | | | 7.37- | TRT | |
| 08/19 | LAU | RI | | | | | | | 0.52 | WO118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 0.01148091 | | | 0.01 | | | 0.01 |
| | | | | | | | | | 0.52 | | | | | | | | |
| 07/19 | FLB | RI | | | | | | | 0.63 | WO118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 0.01148091 | | | 0.01 | | | 0.01 |
| | | | | | | | | | 0.63 | | | | | | | | |
| 07/19 | FLB | OC | | | | | | | 0.63 | WO118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 0.00688854 | | | 0.01 | | | 0.01 |
| | | | | | | | | | 0.63 | | | | | | | | |
| 07/19 | GAS | RI | 8249.00- | 19711.88- | 2.39 | 1.0079 | 1059.84 | 9238.48 | 9413.56- | WO118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 0.01148091 | 94.71- | 226.31- | 0.85 | | COI | 214.14- |
| | | | | | | | | | | | | | | 11.32 | | SEV | |
| | | | 8249.00 | 17702.18 | 2.15 | 1.0079 | 497.43- | 9238.48- | 7956.27 | | 0.01148091 | 94.71 | 203.24 | 0.85- | | COI | 123.10 |
| | | | | | | | | | | | | | | 6.52- | | SEV | |
| | | | | | | | | | | | | | | | 59.62- | GAT | |
| | | | | | | | | | | | | | | | 13.15- | TRT | |
| 07/19 | GAS | OC | 8249.00- | 19711.88- | 2.39 | 1.0079 | 1059.84 | 9238.48 | 9413.66- | WO118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | 0.00598854 | 58.82- | 135.75- | 0.51 | | COI | 128.49- |
| | | | | | | | | | | | | | | 6.76 | | SEV | |
| | | | 8249.00 | 17702.18 | 2.15 | 1.0079 | 497.43- | 9238.48- | 7956.27 | | 0.00588854 | 58.52 | 121.94 | 0.51- | | COI | 73.85 |
| | | | | | | | | | | | | | | 3.92- | | SEV | |
| | | | | | | | | | | | | | | | 35.77- | GAT | |
| | | | | | | | | | | | | | | | 7.89- | TRT | |

PROPERTY TOTALS

OWNER INFORMATION AND TOTALS

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746912 CHECK# | 9235 OWNER NO | $2,231.05 GROSS VALUE | $13.21- TAXES | $2,007.00- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

XTO ENERGY INC OR ITS AFFILIATES HAVE CALCULATED YOUR ROYALTY PAYMENT AS A WORKING INTEREST OWNER. IF YOU BELIEVE YOU HAVE A ROYALTY INTEREST IN THESE LEASES.

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO. CHECK DATE
1-866-886-2613 EMAIL: reeva_input@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 10 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | | | |

**PROPERTY TOTALS**

| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE |
|---|---|---|---|---|---|---|
| 09/19 FLB OC | W0118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | |
| 558.00- | 1037.42- | 1.86 | 0.9319 | | | 1037.42- |
| 558.00 | 1037.19 | 1.86 | 0.9319 | | | 1037.19 |
| 09/19 OAS RI | W0118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | |
| 8402.00- | 16878.07- | 2.01 | 1.0069 | 919.52 | 8932.14 | 7026.41- |
| 8402.00 | 16874.35 | 2.01 | 1.0069 | 472.73- | 8932.14- | 7469.48 |
| 09/19 OAS OC | W0118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | |
| 8402.00- | 16878.07- | 2.01 | 1.0069 | 910.52 | 8932.14 | 7026.41- |
| 8402.00 | 16874.35 | 2.01 | 1.0069 | 472.73- | 8932.14- | 7469.48 |
| 09/19 FLB RI | W0118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | |
| 530.00 | 1071.90 | 2.02 | 0.9321 | | | 1071.90 |
| 09/19 FLB OC | W0118648-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | |
| 530.00 | 1071.90 | 2.02 | 0.9321 | | | 1071.90 |
| 09/19 OAS RI | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | |
| 7865.00 | 17065.78 | 2.17 | 1.0000 | 499.68- | 8466.03- | 8078.07 |

**OWNER INFORMATION AND TOTALS**

| DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXOED/ OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|
| 0.00688854 | 3.84- | 7.15- | | | | 7.15- |
| 0.00688854 | 3.84 | 7.14 | | | | 7.14 |
| 0.01149091 | 96.46- | 193.78- | 0.87 | | COI | 183.22- |
| | | | 9.69 | | SEV | |
| 0.01149091 | 96.46 | 193.73 | 0.87- | | CON | 116.83 |
| | | | 6.20- | | SEV | |
| | | | | 57.21- | GAT | |
| | | | | 12.62- | TRT | |
| 0.00688854 | 57.88- | 115.27- | 0.52 | | COI | 109.94- |
| | | | 5.81 | | SEV | |
| 0.00688854 | 57.88 | 116.24 | 0.52- | | CON | 70.10 |
| | | | 3.72- | | SEV | |
| | | | | 34.33- | GAT | |
| | | | | 7.57- | TRT | |
| 0.01149091 | 6.09 | 12.31 | | | | 12.31 |
| 0.00688854 | 3.65 | 7.38 | | | | 7.38 |
| 0.01149091 | 90.30 | 195.93 | 0.81- | | COI | 122.90 |
| | | | 6.51- | | SEV | |
| | | | | 53.83- | GAT | |
| | | | | 11.86- | TRT | |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746912 CHECK # | 9235 OWNER NO. | $2,231.65 GROSS VALUE | $13.21- TAXES | $2,007.60- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

XTO ENERGY INC. BELIEVES THAT THE PAYMENT IS COVERED BY THIS OIL/GAS CHECK HAS BEEN CALCULATED APPROPRIATELY. HOWEVER, IF IT IS FOUND THAT IS CERTIFIED THAT AS REGARDS... ENERGY INC. ANY CORRECT THE PAYMENT... AT SUCH TIME. IT DOES NOT EXPRESSLY RESERVES ALL ... OF ... EXPENSES AND CLAIMS TO ANY ... ROYALTY UNDER THE APPLICABLE ...

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO., CHECK DATE
1-866-866-2613 EMAIL: revenue_inquiry@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 11 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MM/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | | COMMENTS | | OWNER INFORMATION AND TOTALS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS VOLUME | | | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE | NET VALUE |
| | | | **PROPERTY TOTALS** | | | | | | | | | | | | | |
| 08/19 GAS OC | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 2.17 | 1.0000 | 499.68- | 8485.03- | 8078.07 | 0.00588854 | | 54.18 | 117.56 | 0.49- 3.90- | 32.30- 7.13- | COI SEV GAT TRT | 73.74 |
| 7865.00 | | | 17065.78 | | | | | | | | | | | | | |
| 09/19 LAU RI | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 2.17 | 1.0000 | | | 8.68 | 0.01148091 | | 0.05 | 0.10 | | | | 0.10 |
| 4.00 | | | 8.68 | | | | | | | | | | | | | |
| 09/19 LAU OC | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 2.17 | 1.0000 | | | 8.68 | 0.00588854 | | 0.03 | 0.05 | | | | 0.05 |
| 4.00 | | | 8.68 | | | | | | | | | | | | | |
| 10/19 FLB RI | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 1.92 | 0.9318 | | | 1013.95 | 0.01148091 | | 6.06 | 11.64 | | | | 11.64 |
| 528.00 | | | 1013.95 | | | | | | | | | | | | | |
| 10/19 FLB OC | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 1.92 | 0.9318 | | | 1013.95 | 0.00588854 | | 3.64 | 6.98 | | | | 6.98 |
| 528.00 | | | 1013.95 | | | | | | | | | | | | | |
| 10/19 GAS RI | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 2.06 | 1.0000 | 461.33- | 8438.44- | 7346.20 | 0.01148091 | | 90.50 | 186.52 | 0.81- 6.00- | 54.44- 12.01- | COI SEV GAT TRT | 113.26 |
| 7883.00 | | | 16246.97 | | | | | | | | | | | | | |
| 10/19 GAS OC | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 2.06 | 1.0000 | 461.33- | 8438.44- | 7346.20 | 0.00588854 | | 54.30 | 111.91 | 0.49- 3.60- | 32.65- 7.21- | COI SEV GAT TRT | 67.95 |
| 7883.00 | | | 16245.97 | | | | | | | | | | | | | |
| 10/19 LAU RI | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 2.06 | 1.0000 | | | 171.05 | 0.01148091 | | 0.95 | 1.96 | | | | 1.96 |
| 83.00 | | | 171.05 | | | | | | | | | | | | | |
| 10/19 LAU OC | | | W0118646-1 CANDY 1-4H(BLM-FEE), CONWAY, AR | 2.06 | 1.0000 | | | 171.05 | 0.00588854 | | 0.57 | 1.18 | | | | 1.18 |
| 83.00 | | | 171.05 | | | | | | | | | | | | | |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746912 CHECK # | 9235 OWNER NO | $2,231.65 GROSS VALUE | $132.1. TAXES | $2,007.60 DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO   CHECK DATE
1-866-886-2613 EMAIL, revenue_inquiry@xtoenergy.com
XTO ENERGY, INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 12 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE/ANYR PROD TYPE INT TYPE GROSS VOLUME | PROPERTY NUMBER AND NAME COUNTY, STATE — PROPERTY TOTALS | | | | | | | COMMENTS | | | OWNER INFORMATION AND TOTALS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE | NET VALUE | | |
| 11/19 FLB RI  510.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  1170.76 | 2.30 | 0.9314 | | | 1170.76 | 0.01148091 | | 5.85 | 13.44 | | | | 13.44 |
| 11/19 FLB OC  510.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  1170.76 | 2.30 | 0.9314 | | | 1170.76 | 0.0068854 | | 3.51 | 8.06 | | | | 8.06 |
| 11/19 OAS RI  7765.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  19289.25 | 2.48 | 1.0077 | 705.79- | 6551.36- | 12031.11 | 0.01148091 | | 99.16 | 221.46 | 0.80- 7.80- | 53.52- 11.81- | CON SEV GAT TRT | 147.53 |
| 11/19 OAS OC  7765.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  19289.25 | 2.48 | 1.0077 | 705.79- | 6551.36- | 12031.11 | 0.0068854 | | 53.50 | 132.97 | 0.48- 4.69- | 32.11- 7.08- | CON SEV GAT TRT | 88.51 |
| 11/19 LAU RI  14.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  34.51 | 2.47 | 1.0000 | | | 34.51 | 0.01148091 | | 0.16 | 0.40 | | | | 0.40 |
| 11/19 LAU OC  14.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  34.51 | 2.47 | 1.0000 | | | 34.51 | 0.0068854 | | 0.10 | 0.24 | | | | 0.24 |
| 12/19 FLB RI  547.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  1160.47 | 2.12 | 0.9324 | | | 1160.47 | 0.01148091 | | 6.28 | 13.32 | | | | 13.32 |
| 12/19 FLB OC  547.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  1160.47 | 2.12 | 0.9324 | | | 1160.47 | 0.0068854 | | 3.77 | 7.99 | | | | 7.99 |
| 12/19 OAS OC  9229.00 | WO118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR  18883.84 | 2.29 | 1.0095 | 668.01- | 7004.90- | 11210.93 | 0.01149091 | | 94.48 | 215.80 | 0.85- 7.38- | 56.76- 12.52- | COI SEV GAT TRT | 139.29 |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746912 CHECK# | 9235 OWNER NO. | $2,231.85 GROSS VALUE | $13.21 TAXES | $2,007.60- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

XTO ENERGY INC. BELIEVES THAT THE PAYMENTS COVERED BY THIS CHECK HAVE BEEN CALCULATED APPROPRIATELY HOWEVER, IF A PAYMENT IS DISPUTED THEN XTO ENERGY INC MAY CORRECT THE PAYMENT XTO ENERGY INC DOES NOT WAIVE THIS LIABILITY. RESERVES ALL LEGAL RIGHTS, DEFENSES AND CLAIMS PERTAINING THERETO. TO ALTER THE APPLICABLE LEASE(S).

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO., CHECK DATE
1-866-886-2613 EMAIL revenue_inquiry@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 13 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | COMMENTS | | | | OWNER INFORMATION AND TOTALS .... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS VOLUME | PRICE | BTU FACTOR | | TAXES | DEDUCTIONS | NET VALUE | | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXDED/ OTH TYPE | NET VALUE |
| **12/19 GAS  OC** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 8229.00 | 2.29 | 1.0085 | | 668.01- | 7004.90- | 11210.83 | | 0.00688854 | 56.69 | 130.09 | 0.61-  4.42- | 34.06-  7.51- | CON  SEV  GAT  TRT | 83.58 |
| 18883.84 | **PROPERTY TOTALS** | | W0118646-1 | | | | | | | | | | | |
| **12/19 LBU  RI** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 10.00 | 2.28 | 1.0000 | | | | 22.75 | | 0.01148091 | 0.12 | 0.26 | | | | 0.26 |
| 22.75 | | | W0118646-1 | | | | | | | | | | | |
| **12/19 LBU  OC** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 10.00 | 2.28 | 1.0000 | | | | 22.75 | | 0.00688854 | 0.07 | 0.16 | | | | 0.16 |
| 22.75 | | | W0118646-1 | | | | | | | | | | | |
| **01/20 FLB  RI** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 523.00 | 1.86 | 0.9312 | | | | 973.96 | | 0.01148091 | 6.01 | 11.18 | | | | 11.18 |
| 973.96 | | | W0118646-1 | | | | | | | | | | | |
| **01/20 FLB  OC** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 523.00 | 1.86 | 0.9312 | | | | 973.96 | | 0.00688854 | 3.60 | 6.71 | | | | 6.71 |
| 973.96 | | | W0118646-1 | | | | | | | | | | | |
| **01/20 GAS  RI** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 7893.00 | 2.02 | 1.0089 | | 527.87- | 6788.70- | 8608.82 | | 0.01148091 | 90.62 | 182.84 | 0.92-  5.75- | 55.57-  12.26- | CON  SEV  GAT  TRT | 109.44 |
| 15925.39 | | | W0118646-1 | | | | | | | | | | | |
| **01/20 GAS  OC** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 7893.00 | 2.02 | 1.0089 | | 527.87- | 6788.70- | 8608.82 | | 0.00688854 | 54.37 | 109.70 | 0.49-  3.45- | 33.34-  7.36- | CON  SEV  GAT  TRT | 65.06 |
| 15925.39 | | | W0118646-1 | | | | | | | | | | | |
| **02/20 FLB  RI** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 468.00 | 1.63 | 0.9316 | | | | 764.13 | | 0.01148091 | 5.37 | 8.77 | | | | 8.77 |
| 764.13 | | | W0118646-1 | | | | | | | | | | | |
| **02/20 FLB  OC** | | CANADY | 1-4H(BLM-FEE), | CONWAY, | AR | | | | | | | | | |
| 468.00 | 1.63 | 0.9316 | | | | 764.13 | | 0.00688854 | 3.22 | 5.26 | | | | 5.26 |
| 764.13 | | | W0118646-1 | | | | | | | | | | | |

CONTINUED NEXT PAGE

| 05/22/2020  CHECK DATE | 100074691  CHECK # | 9235  OWNER NO | $2,231.65  GROSS VALUE | $13.71  TAXES | $2,007.60  DEDUCTIONS | $210.84  NET PAYMENT |
|---|---|---|---|---|---|---|

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY ODI NO., CHECK DATE
1-866-886-2613 EUAL. revenue_inquiry@xtoenergy.com
XTO ENERGY, INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

PAGE 14 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE Mth/Yr | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME | COUNTY, STATE | | | COMMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PROPERTY TOTALS | | | | | OWNER INFORMATION AND TOTALS | | | |
| GROSS VOLUME | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE / NET VALUE |
| 02/20 GAS RI | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| 7049.00 | 1.77 | 1.0085 | 382.30- | 6061.95- | 5994.92 | 0.01148091 | 80.93 | 143.04 | 0.73- | | CON 77.70 |
| | | | | | | | | | 4.13- | | SEV |
| | | | | | | | | | | 49.55- | GAT |
| | | | | | | | | | | 10.93- | TRT |
| 02/20 GAS OC | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| 7049.00 | 1.77 | 1.0085 | 382.30- | 6061.95- | 5994.92 | 0.00688854 | 48.56 | 85.53 | 0.44- | | CON 45.62 |
| | | | | | | | | | 2.48- | | SEV |
| | | | | | | | | | | 29.73- | GAT |
| | | | | | | | | | | 6.56- | TRT |
| 03/20 FLB RI | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| 496.00 | 1.55 | 0.9315 | | | 768.05 | 0.01148091 | 5.70 | 8.82 | | | 8.82 |
| 03/20 FLB OC | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| 496.00 | 1.55 | 0.9315 | | | 768.05 | 0.00688854 | 3.42 | 5.29 | | | 5.29 |
| 03/20 GAS RI | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| 7511.00 | 1.68 | 1.0083 | 372.59- | 5489.69- | 5727.22 | 0.01148091 | 86.23 | 144.54 | 0.78- | | CON 74.93 |
| | | | | | | | | | 3.98- | | SEV |
| | | | | | | | | | | 53.13- | GAT |
| | | | | | | | | | | 11.72- | TRT |
| 03/20 GAS OC | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| 7511.00 | 1.68 | 1.0093 | 372.59- | 5489.69- | 5727.22 | 0.00688854 | 51.74 | 86.72 | 0.47- | | CON 44.95 |
| | | | | | | | | | 2.39- | | SEV |
| | | | | | | | | | | 31.88- | GAT |
| | | | | | | | | | | 7.03- | TRT |
| 03/20 LAU RI | W0118646-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| 19.00 | 1.66 | 1.0000 | | | 29.92 | 0.01148091 | 0.51 | 0.34 | | | 0.34 |

CONTINUED NEXT PAGE

| 9235 OWNER NO. | | $2,231.65 GROSS VALUE | $13,121- TAXES | $2,007.60- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|

| 05/22/2020 CHECK DATE | 1000746912 CHECK# | | | | |
|---|---|---|---|---|---|

NOTHING IN THIS PAYMENT CHECK OR ANY DEDUCTIONS FROM THIS CHECK HAVE BEEN CALCULATED APPROPRIATELY HOWEVER IF A MISTAKE IS IDENTIFIED THEN XTO ENERGY WILL MAY CORRECT THE PAYMENT XTO ENERGY INC SUPPORT
AND/OR XTO ONLY RESERVES ALL LEGAL RIGHTS DEFENSES AND CLAIMS PERTAINING TO ROYALTY UNDER THE APPLICABLE LEASE(S)

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER I/O, PROPERTY ID/I/O, CHECK DATE
1-866-886-2613 EMAIL revenue_inquiry@xtoenergy.com
XTO ENERGY INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 15 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1778
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MO/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME / COUNTY, STATE | COMMENTS | GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20 | LBU | OC | W0118848-1 CANADY 1-4H(BLM-FEE), CONWAY, AR | | 18.00 | 29.92 | 1.66 | 1.0000 | | | 29.92 | 0.00688854 | 0.12 | 0.21 | | | | 0.21 |
| 11/18 | FLB | RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | 5.83- | 5.83- | | | | | 5.83- | 0.00069144 | 5.83- | 0.01- | | | | 0.01- |
| 11/18 | GAS | RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | 9034.00- | 30877.16- | 3.40 | 1.0054 | 1615.17 | 9679.52 | 19382.48- | 0.00069144 | 6.25- | 21.21- | 0.05; 1.06 | | CON; SEV | 20.09- |
| 11/18 | GAS | RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | 9039.00 | 30501.54 | 3.39 | 1.0049 | 1127.45- | 9679.52- | 19794.57- | 0.00069144 | 6.25 | 21.16 | 0.06-; 0.83- | 3.71-; 0.82- | CON; SEV; GAT; TRT | 15.74 |
| 11/18 | GAS | OC | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | 9034.00- | 30877.16- | 3.40 | 1.0054 | 1615.17 | 9679.52 | 19382.48- | 0.00041487 | 3.75- | 12.73- | 0.03; 0.64 | | CDI; SEV | 12.06- |
| 11/18 | GAS | OC | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | 9039.00 | 30501.54 | 3.39 | 1.0049 | 1127.45- | 9679.52- | 19794.57- | 0.00041487 | 3.75 | 12.70 | 0.03-; 0.50- | 2.23-; 0.49- | CDI; SEV; GAT; TRT | 9.45 |
| 12/18 | FLB | RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | 3.76- | 3.76- | | | | | 3.76- | 0.00069144 | 0.01- | 0.01- | | | | 0.01- |
| 12/18 | GAS | RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | 9434.00- | 41993.11- | 4.45 | 1.0051 | 2184.57 | 10393.43 | 29415.11- | 0.00069144 | 6.52- | 29.04- | 0.06; 1.45 | | CDI; SEV | 27.53- |

CONTINUED NEXT PAGE

| CHECK DATE | CHECK # | OWNER NO | GROSS VALUE | TAXES | DEDUCTIONS | NET PAYMENT |
|---|---|---|---|---|---|---|
| 05/22/2020 | 1000746912 | 9235 | $2,231.65 | $13.21- | $2,007.60- | $210.84 |

ATTENTION ALL INTEREST OWNERS: PAYMENTS SHOWN ON THIS STATEMENT REFLECT ... CALCULATION OF ... SEVERANCE ... REDUCED ... TO CORRECT THE PAYMENT ... ACCURACY WE DO NOT ... FROM PRIOR MONTHS TO THE CURRENT STATEMENT ... PAGE 15

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO. PROPERTY DOING. CHECK DATE
1-866-886-2613 EMAIL revenue_inquiry@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

PAGE 16 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | COMMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PROPERTY TOTALS | | | | | | OWNER INFORMATION AND TOTALS | | | | | |
| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXDED/ OTH TYPE | NET VALUE |
| 9449.00 | 41942.44 | 4.44 | 1.0035 | 1550.22- | 10393.43- | 29998.79 | 0.00069144 | 6.53 | 29.00 | 0.05- | | CON | 21.50 |
| | | | | | | | | | | 1.13- | | SEV | |
| | | | | | | | | | | | 1.56- | CON | |
| | | | | | | | | | | | 0.43- | DEH | |
| | | | | | | | | | | | 4.32- | GAT | |
| 12/18 GAS OC | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 9434.00- | 41993.11- | 4.45 | 1.0051 | 2184.57 | 10393.43 | 29415.11- | 0.00041487 | 3.91- | 17.42- | 0.04 | | CON | 16.51- |
| | | | | | | | | | | 0.87 | | SEV | |
| 9449.00 | 41942.44 | 4.44 | 1.0035 | 1550.22- | 10393.43- | 29998.79 | 0.00041487 | 3.92 | 17.40 | 0.04- | | CON | 12.90 |
| | | | | | | | | | | 0.68- | | SEV | |
| | | | | | | | | | | | 0.93- | COV | |
| | | | | | | | | | | | 0.26- | DEH | |
| | | | | | | | | | | | 2.69- | GAT | |
| 12/18 LBU RI | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 24.00 | 105.16 | 4.42 | 1.0000 | | | 105.16 | 0.00069144 | 0.02 | 0.07 | | | | 0.07 |
| 12/18 LBU OC | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 24.00 | 105.16 | 4.42 | 1.0000 | | | 105.16 | 0.00041487 | 0.01 | 0.04 | | | | 0.04 |
| 01/19 GAS RI | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 8146.00- | 27481.63- | 3.37 | 1.0050 | 1647.39 | 8955.30 | 17078.84- | 0.00069144 | 5.63- | 19.00- | 0.05 | | CON | 19.00- |
| | | | | | | | | | | 0.95 | | SEV | |
| 5158.00 | 27485.29 | 3.37 | 1.0036 | 999.92- | 8955.30- | 17530.07 | 0.00069144 | 5.64 | 19.00 | 0.05- | | CON | 14.08 |
| | | | | | | | | | | 0.74- | | SEV | |
| | | | | | | | | | | | 3.38- | GAT | |
| | | | | | | | | | | | 0.75- | TRT | |
| 01/19 GAS OC | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | |
| 8146.00- | 27481.63- | 3.37 | 1.0050 | 1447.39 | 8955.30 | 17078.84- | 0.00041487 | 3.38- | 11.40- | 0.03 | | CON | 10.80- |
| | | | | | | | | | | 0.57 | | SEV | |

CONTINUED NEXT PAGE

| 9235 | | $2,231.65 | $13.21- | $2,007.60- | $210.84 |
|---|---|---|---|---|---|
| OWNER NO | | GROSS VALUE | TAXES | DEDUCTIONS | NET PAYMENT |

| 05/22/2020 | 1000746912 |
|---|---|
| CHECK DATE | CHECK # |

XTO ENERGY INC. BELIEVES THE INFORMATION IS CORRECT BUT A CHECK HAVE HAVE BEEN CALCULATED APPROXIMATELY. HOWEVER IF MISTAKE IS MADE THEN XTO ENERGY INC. MAY CORRECT THE PAYMENT XTO ENERGY INC. DOES NOT WAIVE ANY DEV/ROYALTY RESERVES ALL LEGAL RIGHTS DEFEND ALL PROGRAMS PERTAINING TO ROYALTY, OVERRIDE THE APPLICABLE LEASE(S).

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO., CHECK DATE
1-866-886-2613 EMAIL revenue_inquiry@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILATES

PAGE 17 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | COMMENTS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PROPERTY-TOTALS | | | | | | | OWNER INFORMATION AND TOTALS | | | | |
| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DED/OTH TYPE | NET VALUE |
| | | | | | | | | | | | | | | | |
| **02/19 GAS RI** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.00041487 | | | | 0.03- | COI | 8.45 |
| 8168.00 | 27485.29 | 3.37 | 1.0036 | 999.92- | 8955.30- | 17530.07 | | 3.39 | 11.40 | | 0.44- | SEV | |
| | | | | | | | | | | | 2.03- | GAT | |
| | | | | | | | | | | | 0.45- | TRT | |
| **02/19 GAS RI** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.0069144 | | | | | COI | 13.99- |
| 7759.00- | 21372.27- | 2.75 | 1.0053 | 1138.44 | 8312.30 | 11921.53- | | 5.37- | 14.78- | 0.05 | | SEV | |
| | | | | | | | | | | 0.74 | | | |
| **02/19 GAS OC** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.00069144 | | | | | COI | 10.21 |
| 7770.00 | 21360.09 | 2.75 | 1.0039 | 722.32- | 8312.30- | 12325.47 | | 5.37 | 14.77 | 0.06- | | SEV | |
| | | | | | | | | | | 0.54- | | GAT | |
| | | | | | | | | | | | 3.25- | SEV | |
| | | | | | | | | | | | 0.72- | TRT | |
| **02/19 GAS OC** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.00041487 | | | | | COI | 8.40- |
| 7759.00- | 21372.27- | 2.75 | 1.0053 | 1138.44 | 8312.30 | 11921.53- | | 3.22- | 8.87- | 0.03 | | SEV | |
| | | | | | | | | | | 0.44 | | COI | |
| **02/19 GAS RI** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.00041487 | | | | | SEV | 6.13 |
| 7770.00 | 21360.09 | 2.75 | 1.0039 | 722.32- | 8312.30- | 12325.47 | | 3.22 | 8.86 | 0.03- | | GAT | |
| | | | | | | | | | | 0.32- | 1.95- | TRT | |
| | | | | | | | | | | | 0.43- | | |
| **02/19 LAU RI** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.00069144 | | | | | | 0.02 |
| 8.00 | 21.91 | 2.74 | 1.0000 | | | 21.91 | | 0.01 | 0.02 | | | | |
| **02/19 LAU OC** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.00041487 | | | | | | 0.01 |
| 8.00 | 21.91 | 2.74 | 1.0000 | | | 21.91 | | 0.00 | 0.01 | | | | |
| **03/19 FLB RI** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.00069144 | | | | | | 0.01- |
| 2.67- | | | | | | 2.67- | | | 0.01- | | | | |
| **03/19 GAS RI** | | | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | 0.00069144 | | | | | COI | 15.76- |
| 8654.00- | 24058.83- | 2.78 | 1.0044 | 1280.83 | 9591.63 | 13185.37- | | 5.98- | 16.64- | 0.05 | | SEV | |
| | | | | | | | | | | 0.83 | | | |

CONTINUED NEXT PAGE

| 05/22/2020 | 10007-46912 | 9235 | $2,231.85 | $1321. | $2,007.60. | $210.84 |
|---|---|---|---|---|---|---|
| CHECK DATE | CHECK # | OWNER NO. | GROSS VALUE | TAXES | DEDUCTIONS | NET PAYMENT |

NOTE: RESTRICTIVE ENDORSEMENTS THAT PURPORT TO BE GOVERNED BY THIS CHECK HAVE BEEN CALCULATED APPROPRIATELY. HOWEVER, IF SOMETHING IS IDENTIFIED THAT YOU BELIEVE TO BE INCORRECT THE PAYMENT ... FOR PROPERTY ... IS NOT ... THE SOLE STATE OF IDENTITY RESERVES A ... LEGAL PROPRIETARY INTERESTS AND CLAIMS RESOLUTION ... ROYALTY UNDER THE APPLICABLE ...

**XTO ENERGY INC.**

WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO.  CHECK DATE
1-866-886-2613 EMAIL: revenue_inquiry@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 18 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DEV OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

**PROPERTY NUMBER AND NAME, COUNTY, STATE** — **OWNER INFORMATION AND TOTALS**

| | | | | | | | | | COMMENTS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 8660.00 | 24022.26 | 2.77 | 1.0037 | 799.47- | 9591.63- | 13631.16 | 0.00069144 | 5.99 | 16.61 | 0.05- / 0.51- | 3.63- / 0.80- | COI / SEV / GAT / TRT | 11.52 |

WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR

| 03/19 GAS | OC | | 24058.83- | 24058.83- | 2.78 | 1.0044 | 1280.83 | 9591.63 | 13186.37- | 0.00041487 | 3.59 | 9.98- | 0.03 / 0.50 | | COI / SEV | 9.45- |

WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR

| | | | 8660.00 | 24022.26 | 2.77 | 1.0037 | 799.47- | 9591.53- | 13631.16 | 0.00041487 | 3.59 | 9.97 | 0.03- / 0.37- | 2.18- / 0.49- | COI / SEV / GAT / TRT | 6.91 |

WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR

| 03/19 LBU | RI | | 39.00 | 107.79 | 2.76 | 1.0000 | | | 107.79 | 0.00069144 | 0.03 | 0.07 | | | | 0.07 |

WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR

| 03/19 LBU | OO | | 39.00 | 107.79 | 2.76 | 1.0000 | | | 107.79 | 0.00041487 | 0.02 | 0.04 | | | | 0.04 |

WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR

| 04/19 FLB | RI | | 140.83- | | | | | | 140.83- | 0.00069144 | | 0.10- | | | | 0.10- |

WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR

| 04/19 FLB | OC | | 140.83- | | | | | | 140.83- | 0.00041487 | | 0.06- | | | | 0.06- |

WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR

| 04/19 GAS | RI | | 9202.00- | 25490.33- | 2.77 | 1.0058 | 1357.34 | 10319.30 | 13813.69- | 0.00069144 | 6.35- | 17.83- | 0.06 / 0.98 | | COI / SEV | 16.69- |

WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR

| | | | 9202.00 | 23405.13 | 2.54 | 1.0059 | 760.55- | 9853.62- | 12793.96 | 0.00069144 | 6.35 | 16.19 | 0.06- / 0.58- | 3.86- / 0.85- | COI / SEV / GAT / TRT | 10.84 |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746912 CHECK# | 9235 OWNER NO | $2,231.65 GROSS VALUE | $13.21- TAXES | $2,007.60- DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

XTO ENERGY INC. BELIEVES THAT THE INFORMATION CONTAINED ON THIS STATEMENT HAS BEEN CALCULATED APPROPRIATELY, HOWEVER IF A MISTAKE IS IDENTIFIED BY XTO ENERGY INC. OR ANY OTHER PARTY, PAYMENT XTO ENERGY INC. DOES NOT MAKE AND/OR IS IN RESPONSES ALL LEGAL RIGHTS, DEFENSES AND CLAIMS PERTAINING TO ROYALTY HOLDERS THE APPLICABLE LEASE(S).

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO, PROPERTY DOI NO. CHECK DATE
1-866-896-2610 EMAIL, revenue_inquiry@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 19 OF 26

**Oil/Gas Payment Statement**
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE / INT TYPE | GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXDED/OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | | | | COMMENTS | | | | | | |
| 04/19 | GAS OC | | | | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| | | 9202.00- | 25490.33- | 2.77 | 1.0058 | 1357.34 | 10319.30 | 13813.69- | 0.00041487 | 3.82- | 10.58- | 0.03 | | COI | 10.02- |
| | | | | | | | | | | | | 0.53 | | SEV | |
| | | 9202.00 | 23408.13 | 2.54 | 1.0058 | 760.55- | 9853.62- | 12793.95 | 0.00041487 | 3.82 | 9.71 | 0.03- | | COI | 8.52 |
| | | | | | | | | | | | | 0.34- | | SEV | |
| | | | | | | | | | | | | | 2.31- | GAT | |
| | | | | | | | | | | | | | 0.51- | TRT | |
| 04/19 | LBU RI | | | | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| | | 74.00 | 187.16 | 2.53 | 1.0000 | | | 187.16 | 0.00069144 | 0.05 | 0.13 | | | | 0.13 |
| 04/19 | LBU OC | | | | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| | | 74.60 | 187.16 | 2.53 | 1.0000 | | | 187.16 | 0.00041487 | 0.03 | 0.08 | | | | 0.08 |
| 05/19 | GAS RI | | | | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| | | 9374.00- | 22905.44- | 2.44 | 1.0073 | 1229.64 | 10444.02 | 11231.78- | 0.00069144 | 6.48- | 15.84- | 0.06 | | COI | 14.99- |
| | | | | | | | | | | | | 0.79 | | SEV | |
| | | 9374.00 | 22923.34 | 2.45 | 1.0073 | 708.34- | 10444.02- | 11770.98 | 0.00069144 | 6.48 | 15.85 | 0.06- | | COI | 10.45 |
| | | | | | | | | | | | | 0.06- | | SEV | |
| | | | | | | | | | | | | 0.55- | | SEV | |
| | | | | | | | | | | | | | 3.92- | GAT | |
| | | | | | | | | | | | | | 0.87- | TRT | |
| 05/19 | GAS OC | | | | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| | | 9374.00- | 22905.44- | 2.44 | 1.0073 | 1229.64 | 10444.02 | 11231.78- | 0.00041457 | 3.99- | 9.50- | 0.04 | | COI | 8.98- |
| | | | | | | | | | | | | 0.48 | | SEV | |
| | | 9374.00 | 22923.34 | 2.45 | 1.0073 | 708.34- | 10444.02- | 11770.98 | 0.00041487 | 3.89 | 9.51 | 0.04- | | COI | 6.27 |
| | | | | | | | | | | | | 0.33- | | SEV | |
| | | | | | | | | | | | | | 1.35- | GAT | |
| | | | | | | | | | | | | | 0.52- | TRT | |
| 05/19 | LBU RI | | | | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | |
| | | 128.00 | 310.76 | 2.45 | 1.0000 | | | 310.76 | 0.00069144 | 0.09 | 0.21 | | | | 0.21 |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746017 CHECK # | 9235 OWNER NO | $2,231.65 GROSS VALUE | $1321.- TAXES | $2,007.60- DEDUCTIONS | $210.81 NET PAYMENT |
|---|---|---|---|---|---|---|

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR CHECK NO, PROPERTY DO/NO  CHECK DATE
1-866-886-2613 EMAIL  revenue_inquiry@energy.com
XTO ENERGY, INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

PAGE 20 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | COMMENTS | DCK DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/DEI OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19 | LBU | OC | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| | 128.00 | | 310.76 | 2.43 | 1.0000 | | | 310.76 | | 0.00041487 | 0.05 | 0.13 | | | | 0.13 |
| 06/19 | GAS | RI | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| | 7923.00- | | 19995.74- | 2.52 | 1.0067 | 1071.10 | 8549.45 | 10375.19- | | 0.00069144 | 5.48- | 13.83- | 0.05 | | COI | 13.09- |
| | | | | | | | | | | | | | 0.69 | | SEV | |
| | 7923.00 | | 18524.63 | 2.34 | 1.0067 | 570.07- | 8549.45- | 9405.11 | | 0.00069144 | 5.48 | 12.81 | 0.05- | | COI | 8.25 |
| | | | | | | | | | | | | | 0.43- | | SEV | |
| | | | | | | | | | | | | | | 3.34- | GAT | |
| | | | | | | | | | | | | | | 0.74- | TRT | |
| 06/19 | GAS | OC | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| | 7923.00- | | 19995.74- | 2.52 | 1.0067 | 1071.10 | 8549.45 | 10375.19- | | 0.00041487 | 3.29- | 8.30- | 0.03 | | COI | 7.86- |
| | | | | | | | | | | | | | 0.41 | | SEV | |
| | 7923.00 | | 18524.63 | 2.34 | 1.0067 | 570.07- | 8549.45- | 9405.11 | | 0.00041487 | 3.29 | 7.69 | 0.03- | | COI | 4.95 |
| | | | | | | | | | | | | | 0.27- | | SEV | |
| | | | | | | | | | | | | | | 2.00- | GAT | |
| | | | | | | | | | | | | | | 0.44- | TRT | |
| 07/19 | GAS | RI | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| | 7503.00- | | 17928.69- | 2.39 | 1.0079 | 953.95 | 8391.04 | 8573.69- | | 0.00069144 | 5.19- | 12.40- | 0.05 | | COI | 11.73- |
| | | | | | | | | | | | | | 0.62 | | SEV | |
| | 7503.00 | | 15101.02 | 2.15 | 1.0079 | 453.03- | 8391.04- | 7256.95 | | 0.00069144 | 5.19 | 11.13 | 0.05- | | COI | 6.74 |
| | | | | | | | | | | | | | 0.36- | | SEV | |
| | | | | | | | | | | | | | | 3.26- | GAT | |
| | | | | | | | | | | | | | | 0.72- | TRT | |
| 07/19 | GAS | OC | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| | 7503.00- | | 17928.69- | 2.39 | 1.0079 | 953.95 | 8391.04 | 8573.69- | | 0.00041487 | 3.11- | 7.44- | 0.03 | | COI | 7.04- |
| | | | | | | | | | | | | | 0.37 | | SEV | |

CONTINUED NEXT PAGE

| 9235 OWNER NO | 1000746912 CHECK # | 05/22/2020 CHECK DATE |
|---|---|---|

| $2,231.65 GROSS VALUE | $13.21 TAXES | $2,007.60 DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|

XTO ENERGY INC. BELIEVES THAT THE PAYMENTS COVERED BY THIS CHECK HAVE BEEN CALCULATED APPROPRIATELY ... HOWEVER, IF A MISTAKE IS IDENTIFIED THAT XTO ENERGY INC. MAY CORRECT THE PAYMENT. XTO ENERGY INC. DOES NOT WAIVE, AND EXPLICITLY RESERVES, ALL ITS RIGHTS, DEFENSES AND CLAIMS FOR PAYMENTS TO ROYALTY OWNERS PURSUANT TO APPLICABLE LEASE(S).

DCS24459 33% of 0103 27240a5e8743c3

**XTO ENERGY INC.**

WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO., CHECK DATE
1-866-886-2613 EMAIL: revenue_inquiry@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 21 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | COMMENTS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PROPERTY TOTALS**

| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE |
|---|---|---|---|---|---|---|
| 7603.00 | 16101.02 | 2.15 | 1.0079 | 453.03- | 8391.04- | 7256.95 |

**OWNER INFORMATION AND TOTALS**

| VOLUME | DOI DECIMAL | NET VALUE | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|
| 3.11 | 0.00041487 | 7256.95 | 6.68 | 0.03- | | COH | 4.05 |
| | | | | 0.21- | | SEV | |
| | | | | | 1.96- | GAT | |
| | | | | | 0.43- | TRT | |

08/19 OAS  RI    W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR

| 8059.00- | 16189.78- | 2.01 | 1.0069 | 882.02 | 8557.32 | 8750.44- |
|---|---|---|---|---|---|---|

| 5.67- | 0.00069144 | 8750.44- | 11.19- | 0.05 | | COH | 10.58- |
|---|---|---|---|---|---|---|---|
| | | | | 0.56 | | SEV | |

08/19 OAS       W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR

| 8059.00 | 16186.21 | 2.01 | 1.0069 | 453.97- | 8557.32- | 7174.92 |
|---|---|---|---|---|---|---|

| 5.57 | 0.00069144 | 7174.92 | 11.19 | 0.06- | | COH | 6.76 |
|---|---|---|---|---|---|---|---|
| | | | | 0.35- | | SEV | |

08/19 OAS  OC    W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR

| 8059.00- | 16189.78- | 2.01 | 1.0069 | 882.02 | 8557.32 | 8750.44- |
|---|---|---|---|---|---|---|

| 3.34- | 0.00041487 | 8750.44- | 6.72- | 0.03 | | COH | 6.35- |
|---|---|---|---|---|---|---|---|
| | | | | 0.34 | | SEV | |

08/19 OAS       W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR

| 8059.00 | 16186.21 | 2.01 | 1.0069 | 453.97- | 8557.32- | 7174.92 |
|---|---|---|---|---|---|---|

| 3.34 | 0.00041487 | 7174.92 | 6.72 | 0.03- | | COH | 4.05 |
|---|---|---|---|---|---|---|---|
| | | | | 0.22- | | SEV | |
| | | | | | 1.96- | GAT | |
| | | | | | 0.44- | TRT | |

08/19 FLB  RI    W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR

| 512.00 | 1037.18 | 2.03 | 0.9336 | | 1037.18 |
|---|---|---|---|---|---|

| 0.35 | 0.00069144 | 1037.18 | 0.72 | | | | 0.72 |
|---|---|---|---|---|---|---|---|

08/19 FLB  OC    W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR

| 512.00 | 1037.18 | 2.03 | 0.9336 | | 1037.18 |
|---|---|---|---|---|---|

| 0.21 | 0.00041487 | 1037.18 | 0.43 | | | | 0.43 |
|---|---|---|---|---|---|---|---|

09/19 OAS  RI    W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR

| 7608.00 | 15508.14 | 2.17 | 1.0000 | 483.90- | 8199.55- | 7924.59 |
|---|---|---|---|---|---|---|

| 5.26 | 0.00069144 | 7924.59 | 11.41 | 0.05- | | COH | 7.16 |
|---|---|---|---|---|---|---|---|
| | | | | 0.38- | | SEV | |
| | | | | | 3.13- | GAT | |
| | | | | | 0.69- | TRT | |

CONTINUED NEXT PAGE

| CHECK DATE | CHECK # | OWNER NO | GROSS VALUE | TAXES | DEDUCTIONS | NET PAYMENT |
|---|---|---|---|---|---|---|
| 05/22/2020 | 1000746912 | 9235 | $2,231.65 | $13.21 | $2,007.60- | $210.84 |



**AFFORDABLE LAND DEVELOPING INC**
PO BOX 1779
CONWAY AR 72033

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO   PROPERTY DO/NO   CHECK DATE
1.866.886.2613 EMAIL: revenue_inquiry@xtoenergy.com
XTO ENERGY, INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILATES

PAGE 22 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | COMMENTS | | | OWNER INFORMATION AND TOTALS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **PROPERTY TOTALS** | | | | | | | | | | | | |
| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | | | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DEDV OTH TYPE | NET VALUE |
| 09/19 GAS  OC | 16508.14 | 2.17 | 1.0000 | 483.90- | 8199.65- | 7824.59 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR | | 0.00041487 | 3.15 | 6.95 | 0.03- | | COII | 4.30 |
| 7808.00 | | | | | | | | | | | | 0.23- | | SEV | |
| | | | | | | | | | | | | | 1.88- | GAT | |
| | | | | | | | | | | | | | 0.41- | TRT | |
| 09/19 L&U  RI | 8.68 | 2.17 | 1.0000 | | | 8.68 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR | | 0.00069144 | 0.00 | 0.01 | | | | 0.01 |
| 4.00 | | | | | | | | | | | | | | | |
| 10/19 FLB  RI | 1005.71 | 1.92 | 0.9331 | | | 1005.71 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR | | 0.00069144 | 0.36 | 0.70 | | | | 0.70 |
| 523.00 | | | | | | | | | | | | | | | |
| 10/19 FLB  OC | 1005.71 | 1.92 | 0.9331 | | | 1005.71 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR- | | 0.00041487 | 0.22 | 0.42 | | | | 0.42 |
| 523.00 | | | | | | | | | | | | | | | |
| 10/19 GAS  RI | 16122.32 | 2.06 | 1.0000 | 458.35- | 9363.56- | 7300.41 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR | | 0.00069144 | 5.41 | 11.15 | 0.05- | | COII | 6.77 |
| 7823.00 | | | | | | | | | | | | 0.36- | | SEV | |
| | | | | | | | | | | | | | 3.25- | GAT | |
| | | | | | | | | | | | | | 0.72- | TRT | |
| 10/19 GAS  OC | 16122.32 | 2.06 | 1.0000 | 458.35- | 8363.56- | 7300.41 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR | | 0.00041487 | 3.25 | 6.69 | 0.03- | | COII | 4.07 |
| 7823.00 | | | | | | | | | | | | 0.21- | | SEV | |
| | | | | | | | | | | | | | 1.95- | GAT | |
| | | | | | | | | | | | | | 0.43- | TRT | |
| 10/19 L&U  RI | 171.05 | 2.05 | 1.0000 | | | 171.05 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR | | 0.00069144 | 0.06 | 0.12 | | | | 0.12 |
| 93.00 | | | | | | | | | | | | | | | |
| 10/19 L&U  OC | 171.05 | 2.06 | 1.0000 | | | 171.05 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR | | 0.00041457 | 0.03 | 0.07 | | | | 0.07 |
| 93.00 | | | | | | | | | | | | | | | |
| 11/19 FLB  RI | 1163.37 | 2.30 | 0.9329 | | | 1163.37 | W0118739-1 WILLIAMS 2-33H (BLM-FEE), CONWAY, AR | | 0.00069144 | 0.35 | 0.80 | | | | 0.90 |
| 506.00 | | | | | | | | | | | | | | | |
| | | | | | | CONTINUE(F) NEXT PAGE | | | | | | | | | |

| 05/22/2020 | 1000746912 | | 9235 | | $2,231.65 | $513.21 | $2,007.60 | $210.84 |
| CHECK DATE | CHECK # | | OWNER NO | | GROSS VALUE | TAXES | DEDUCTIONS | NET PAYMENT |

XTO ENERGY INC BELIEVES THAT THE PAYMENTS COVERED BY THIS CHECK HAVE BEEN CALCULATED APPROPRIATELY, HOWEVER IF A MISTAKE IS IDENTIFIED IN THE PAYMENT, XTO ENERGY INC MAY CORRECT THE PAYMENT. XTO ENERGY INC DOES NOT WAIVE, AND EXPLICITLY RESERVES, ALL OF ITS RIGHTS, DEFENSES AND CLAIMS PERTAINING TO ROYALTY UNDER THE APPLICABLE LEASE(S)

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DOI NO.  CHECK DATE
1-866-886-2613 E-Mail. revenue_owner@xtoenergy.com
XTO ENERGY INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 23 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | PROPERTY NUMBER AND NAME COUNTY, STATE | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DEDU OTH TYPE | NET VALUE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/19 | FLB | OC | 506.00 | 1163.37 | 2.30 | 0.9328 | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | 1163.37 | 0.00041487 | 0.21 | 0.48 | | | | 0.48 | |
| 11/19 | OAS | RI | 7727.00 | 19190.67 | 2.49 | 1.0076 | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 703.74- | 6506.74- | 11980.19 | 0.00069144 | 5.34 | 13.27 | 0.05- 0.47- | 3.20- 0.71- | COH SEV GAT TRT | 8.84 | |
| 11/19 | OAS | OC | 7727.00 | 19190.67 | 2.48 | 1.0076 | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 703.74- | 6506.74- | 11980.19 | 0.00041487 | 3.21 | 7.96 | 0.03- 0.28- | 1.92- 0.42- | COH SEV GAT TRT | 5.31 | |
| 11/19 | LBU | RI | 14.00 | 34.51 | 2.47 | 1.0000 | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | 34.51 | 0.00069144 | 0.01 | 0.02 | | | | 0.02 | |
| 11/19 | LBU | OC | 14.00 | 34.51 | 2.47 | 1.0000 | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | 34.51 | 0.00041487 | 0.01 | 0.01 | | | | 0.01 | |
| 12/19 | FLB | RI | 536.00 | 1137.72 | 2.12 | 0.9328 | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | 1137.72 | 0.00069144 | 0.37 | 0.79 | | | | 0.79 | |
| 12/19 | FLB | OC | 536.00 | 1137.72 | 2.12 | 0.9328 | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | 1137.72 | 0.00041487 | 0.22 | 0.47 | | | | 0.47 | |
| 12/19 | OAS | RI | 8096.00 | 18556.19 | 2.29 | 1.0085 | WO118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 657.05- | 6570.58- | 11028.55 | 0.00069144 | 5.59 | 12.83 | 0.06- 0.43- | 3.35- 0.74- | COH SEV GAT TRT | 5.26 | |

CONTINUED NEXT PAGE

| 05/22/2020 CHECK DATE | 1000746912 CHECK # | 9235 OWNER NO | $2,231.65 GROSS VALUE | $13.21 TAXES | $2,007.50 DEDUCTIONS | $210.84 NET PAYMENT |
|---|---|---|---|---|---|---|

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

**XTO ENERGY INC.**
WHEN INQUIRING, REFER TO YOUR OWNER NO, PROPERTY DO/NO  CHECK DATE
1-866-886-2613 EMAIL owense_inqm@xtoenergy.com
XTO ENERGY INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 24 OF 26

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | COMMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | VOLUME | DOI DECIMAL | NET VALUE | VALUE | TAXES | DEDUCTIONS | TAXED/ED OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PROPERTY TOTALS** / **OWNER INFORMATION AND TOTALS**

| DATE | PROD | INT | PROPERTY | GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | VOLUME | DOI DECIMAL | NET VALUE | VALUE | TAXES | DEDUCTIONS | TAXED/OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19 GAS | OC | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 8086.00 | 18555.18 | 2.29 | 1.0085 | 557.05- | 5870.58- | 11028.55 | 3.35 | 0.00041487 | 11028.55 | 7.70 | 0.03-<br>0.25- | 2.01-<br>0.44- | COI<br>SEV<br>GAT<br>TRT | 4.95 |
| 12/19 LBU | RI | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 9.00 | 20.48 | 2.28 | 1.0000 | | | 20.48 | 0.01 | 0.00069144 | 20.48 | 0.01 | | | | 0.01 |
| 12/19 LBU | OC | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 9.00 | 20.48 | 2.28 | 1.0000 | | | 20.48 | 0.00 | 0.00041487 | 20.48 | 0.01 | | | | 0.01 |
| 01/20 FLB | RI | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 526.00 | 981.95 | 1.87 | 0.9335 | | | 981.95 | 0.36 | 0.00069144 | 981.95 | 0.68 | | | | 0.68 |
| 01/20 FLB | OC | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 526.00 | 981.95 | 1.87 | 0.9335 | | | 981.95 | 0.22 | 0.00041487 | 981.95 | 0.41 | | | | 0.41 |
| 01/20 GAS | RI | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 7953.00 | 15047.38 | 2.02 | 1.0089 | 532.48- | 5829.36- | 8685.54 | 5.50 | 0.00069144 | 8685.54 | 11.10 | 0.05-<br>0.35- | 3.37-<br>0.74- | COI<br>SEV<br>GAT<br>TRT | 6.59 |
| 01/20 GAS | OC | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 7953.00 | 15047.38 | 2.02 | 1.0089 | 532.48- | 5829.36- | 8685.54 | 3.30 | 0.00041487 | 8685.54 | 6.66 | 0.03-<br>0.21- | 2.02-<br>0.45- | COI<br>SEV<br>GAT<br>TRT | 3.95 |
| 02/20 FLB | RI | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 455.00 | 744.95 | 1.64 | 0.9341 | | | 744.95 | 0.32 | 0.00069144 | 744.95 | 0.52 | | | | 0.52 |
| 02/20 FLB | OC | W0118739-1 | WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | 455.00 | 744.95 | 1.64 | 0.9341 | | | 744.95 | 0.19 | 0.00041487 | 744.95 | 0.31 | | | | 0.31 |

CONTINUED NEXT PAGE

| 05/22/2020 | 100074912 | | | 9235 | | | $2,231.65 | | | $13.21. | $2,007.60. | | $210.84 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECK DATE | CHECK # | | | OWNER NO | | | GROSS VALUE | | | TAXES | DEDUCTIONS | | NET PAYMENT |

XTO ENERGY INC. BELIEVES THAT THE PAYMENTS CORRESPOND IN THIS CHECK HAVE BEEN CALCULATED APPROPRIATELY. HOWEVER, IF A MISTAKE IS IDENTIFIED THAT XTO ENERGY INC. MAY CORRECT THE PAYMENT. YOUR ACCEPTANCE OF THIS PAYMENT AND/OR CASH/DEPOSIT PRESERVES ALL LEGAL RIGHTS. OFFENSES AND CLAIMS PERTAINING TO ANY MATTER UNDER THE APPLICABLE LEASE(S).

XTO ENERGY INC.
WHEN INQUIRING, REFER TO YOUR OWNER NO., PROPERTY DO NO., CHECK DATE
1-866-886-2613 EMAIL: revenue_inquiry@xtoenergy.com
XTO ENERGY, INC ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 25 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | COMMENTS | | | OWNER INFORMATION AND TOTALS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | DOI DECIMAL | NET VALUE | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DEV OTH TYPE | NET VALUE |

PROPERTY TOTALS

| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | | NET VALUE | DOI DECIMAL | VOLUME | VALUE | TAXES | DEDUCTIONS | TAX/DEV OTH TYPE | NET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20 GAS RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 6861.00 | 12127.93 | 1.77 | 1.0086 | 372.57- | 5911.44- | | 5843.92 | 0.00069144 | 4.74 | 8.39 | 0.04- | | CON | 4.57 |
| | | | | | | | | | | | 0.24- | | SEV | |
| | | | | | | | | | | | | 2.00- | GAT | |
| | | | | | | | | | | | | 0.84- | TRT | |
| 02/20 GAS OC | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 6861.00 | 12127.93 | 1.77 | 1.0086 | 372.57- | 5911.44- | | 5843.92 | 0.00041487 | 2.85 | 5.03 | 0.03- | | COH | 2.73 |
| | | | | | | | | | | | 0.15- | | SEV | |
| | | | | | | | | | | | | 1.74- | QAT | |
| | | | | | | | | | | | | 0.38- | TRT | |
| 03/20 FLB RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 503.00 | 779.69 | 1.55 | 0.9924 | | | | 779.69 | 0.00069144 | 0.35 | 0.54 | | | | 0.54 |
| 03/20 FLB OC | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 503.00 | 779.69 | 1.55 | 0.9924 | | | | 779.69 | 0.00041487 | 0.21 | 0.32 | | | | 0.32 |
| 03/20 GAS RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 7629.00 | 12787.53 | 1.68 | 1.0083 | 379.03- | 6580.15- | | 5828.35 | 0.00069144 | 5.28 | 8.84 | 0.06- | | COI | 4.59 |
| | | | | | | | | | | | 0.24- | | SEV | |
| | | | | | | | | | | | | 3.24- | GAT | |
| | | | | | | | | | | | | 0.72- | TRT | |
| 03/20 GAS OC | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 7629.00 | 12787.53 | 1.68 | 1.0083 | 379.03- | 6580.15- | | 5828.35 | 0.00041487 | 3.17 | 5.31 | 0.03- | | COI | 2.75 |
| | | | | | | | | | | | 0.15- | | SEV | |
| | | | | | | | | | | | | 1.95- | GAT | |
| | | | | | | | | | | | | 0.43- | TRT | |
| 03/20 LBU RI | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | | | | | | | |
| 15.00 | 29.95 | 1.66 | 1.0000 | | | | 29.95 | 0.00069144 | 0.01 | 0.02 | | | | 0.02 |

CONTINUED NEXT PAGE

| 05/22/2020 | 10007-46912 | 9235 | $2,231.65 | $13.21- | $2,007.60- | $210.84 |
|---|---|---|---|---|---|---|
| CHECK DATE | CHECK # | OWNER NO | GROSS VALUE | TAXES | DEDUCTIONS | NET PAYMENT |

NOTE: NEGATIVE VALUES AND/OR AMOUNTS RESULTING FROM PRIOR PERIOD ADJUSTMENTS AND/OR PRORATED CHARGES AND OR VARIANCES. IF A MISTAKE IS DISCOVERED IN ANY CORRECTION DISCOVERED IN ANY CORRECTION BY XTO ENERGY, INC. DOES NOT CONSTITUTE ACCEPTANCE OF SUCH MISTAKE BY XTO ENERGY, INC. DOES NOT CONSTITUTE ACCEPTANCE OF SUCH MISTAKE BY XTO ENERGY, INC.

**XTO ENERGY INC.**

WHEN INQUIRING REFER TO YOUR OWNER NO., PROPERTY DOI NO.  CHECK DATE
1-866-886-2613 EMAIL revenue_main@xtoenergy.com
XTO ENERGY, INC. ACTING ON BEHALF OF ITSELF AND/OR ITS AFFILIATES

PAGE 26 OF 26

AFFORDABLE LAND DEVELOPING INC
PO BOX 1779
CONWAY AR 72033

Oil/Gas Payment Statement
SHOULD BE RETAINED FOR TAX PURPOSES

| DATE MTH/YR | PROD TYPE | INT TYPE | PROPERTY NUMBER AND NAME COUNTY, STATE | | | | | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | | PROPERTY TOTALS | | | | | ··· |
| GROSS VOLUME | GROSS VALUE | PRICE | BTU FACTOR | TAXES | DEDUCTIONS | NET VALUE | DOI DECIMAL | |
| 03/20 L&U OC | W0118739-1 WILLIAMS 2-33H(BLM-FEE), CONWAY, AR | | | | | | | |
| 18.00 | 29.92 | 1.66 | 1.0000 | | | 29.92 | 0.00041457 | |

**OWNER INFORMATION AND TOTALS**

| VOLUME | VALUE | TAXES | DEDUCTIONS | TAXED/ OTH TYPE | NET VALUE |
|---|---|---|---|---|---|
| | | | | ··· | |
| 0.01 | 0.01 | | | | 0.01 |
| | | | | | 0.01 |

| 05/22/2020 | 1000746912 | 9235 | $2,231.65 | $13.21 | $2,007.60 | $210.84 |
|---|---|---|---|---|---|---|
| CHECK DATE | CHECK # | OWNER NO. | GROSS VALUE | TAXES | DEDUCTIONS | NET PAYMENT |

XTO ENERGY INC. BELIEVES THAT THE PAYMENTS COVERED BY THIS CHECK HAVE BEEN CORRECTLY AND APPROPRIATELY HOWEVER IF A CHANGE IS CERTIFIED THEY XTO ENERGY INC. MAY CORRECT THE PAYMENT. XTO ENERGY INC. DOES NOT WAIVE AND EXPLICITLY RESERVES ALL RIGHTS AND CLAIMS AND ANY NONROYALTY UNDER THE AFFIL. OWNER SIGNORS.



# WALKER
## LAW FIRM
*3131 JOHN F. KENNEDY BLVD.*
*NORTH LITTLE ROCK, AR 72116*

KENT WALKER*
DEREK PETERSON
TAYLOR SKIPPER
Attorneys at Law

TELEPHONE (501) 812-6400
www.walkerlawfirm.us
*also licensed in Colorado

October 5, 2020

XTO Energy, Inc.
Attn: Accounting Department
110 West 7th Street
Fort Worth, TX 76102-7108

VIA CERTIFIED MAIL
#7017 2680 0000 7509 6666

Re:    Oil and Gas Lease dated May 19, 2010, Owner No. 30279235

Dear Accounting Department,

This letter is regarding the Oil and Gas Lease dated May 19, 2010, between Affordable Land Developing, Inc. and Petrohawk Properties LP (hereinafter the "Lease"), assigned to XTO Energy, Inc. Enclosed is a copy of the Lease for your review. A check (Check #1000746912) was issued to Affordable Land Developing, Inc. dated May 22, 2020, listing two thousand seven dollars and sixty cents ($2,007.60) in deductions for gathering, treatment, compression, and conservation.

Per Exhibit "A" to the Lease, no deductions shall be made to the proceeds paid to Affordable Land Developing, Inc.. Specifically, Exhibit "A" states:

> "It is agreed between Lessor and the Lessee, notwithstanding any language herein to the contrary, all gas, oil, or other proceeds accruing to Lessor under this lease shall be without deduction of any kind whatsoever, directly or indirectly..."

Thus, Affordable Land Developing, Inc. requests the deductions be corrected and the amount of two thousand seven dollars and sixty cents ($2,007.60) be conveyed within thirty (30) days of the date of this letter, along with a full accounting from the inception of the oil and gas wells, and any other corrections for any other deductions unallowable per the Lease.

**Exhibit D**

A check for corrected amounts should be remitted to our office along with an accounting. If amounts are not conveyed, or a detailed explanation thereto, we shall need to initiate litigation within the timeframe named.

Truly,

/s/ Kent Walker

Kent Walker

enclosure /

Kyzer Nat. Gas

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

XTO Energy, INC
Attn: Accounting Dept.
110 West 7th Street
Fort Worth, TX 76102 - 7018

9590 9402 5860 0038 5479 01

2. Article Number (Transfer from service label)

7017 2680 0000 7509 6666

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

OCT 06 2020

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt