IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AFFORDABLE LAND**                                                **PLAINTIFF**
**DEVELOPING INC**

v.                    CASE NO. 4:21-CV-00419-BSM

**XTO ENERGY INC**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of July, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE